1    Brian Hauck (SBN 303058)
    JENNER & BLOCK LLP
2    633 West 5th Street, Suite 3600
    Los Angeles, CA 90071-2054
3    Telephone:  (213) 239-5100
    Facsimile:  (213) 239-5199
4    bhauck@jenner.com
5
    John F. Ward, Jr. (*pro hac vice* forthcoming)
6    JENNER & BLOCK LLP
    353 N. Clark Street
7    Chicago, IL 60654
    Telephone:  (312) 222-9350
8    Facsimile:  (312) 527-0484
    jward@jenner.com
9
10   Michelle R. Singer (*pro hac vice* forthcoming)
    JENNER & BLOCK LLP
11   1099 New York Ave. NW, Suite 900
    Washington, DC 20001
12   Telephone:  (202) 639-6000
    Facsimile:  (202) 639-6066
13   msinger@jenner.com
14
15   *Attorneys for Defendant The Hertz Corporation*

16          **IN THE UNITED STATES DISTRICT COURT**

17       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18            **OAKLAND DIVISION**

19   RONALD G. DENICOLO, JR., on behalf of     Case No. 4:19-cv-00210-YGR
    himself and others similarly situated,
20

21         Plaintiff,

22         v.

23   THE HERTZ CORPORATION and VIKING
    CREDIT SERVICES, INC., d/b/a VIKING
24   BILLING SERVICE,

25        Defendants.

Case No. 4:19-cv-00210-YGR

**DECLARATION OF ADAM R. SCHLOSS IN SUPPORT OF DEFENDANT THE HERTZ CORPORATION'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY CLAIMS AGAINST HERTZ**

26

27

28

I, Adam R. Schloss, declare as follows:

1.    I am employed by The Hertz Corporation ("Hertz"), where I serve as Senior Corporate Counsel.  The facts stated herein are true based on my own personal knowledge and my review of records maintained in the regular course of business by Hertz, and describe Hertz's records, policies, and practices during the time period relevant to this lawsuit.

2.    Hertz is a rental car company and is the parent company of Dollar Thrifty Automotive Group, Inc.  Hertz operates the Hertz, Dollar, and Thrifty rental car brands.  Hertz maintains business records for each of these three rental car brands.

3.    Hertz, Dollar, and Thrifty each have a customer loyalty program.  Hertz's business records show that Ronald G. DeNicolo, Jr., is not a member of the Hertz, Dollar, or Thrifty loyalty program.

4.    All Hertz, Dollar, and Thrifty brand rentals are governed by written rental contracts known as Rental Agreements.  The Rental Agreement governing non-loyalty rentals from Hertz, Dollar, and Thrifty is comprised of two documents:  a Rental Record and a Rental Jacket.

5.    A Rental Record is a document that contains specific terms of the rental to which it applies. A customized Rental Record is provided to every Hertz, Dollar, and Thrifty customer at the commencement of every rental.  The top of the first page of every Rental Record is labeled "Rental Record" or "RR," followed by an identification number.  The Rental Record contains customized information such as the rental location and rental rate, products purchased, and other terms and conditions applicable to the rental.

6.    Customers who are making non-loyalty rentals either sign the Rental Record by using an electronic pad at the rental counter or provide their agreement to the terms of the Rental Record at an Electronic Rental Kiosk near the rental counter.  For kiosk rentals, the phrase "CUSTOMER COPY – E-SIGNATURE ON FILE" is printed on the Rental Record's signature line to indicate that the customer has provided his or her agreement to the Rental Record electronically via the kiosk.

7.    Near the beginning of the document, each Rental Record provides:  "Further information

2

relating to Your rental charges, and other terms to which You agree, appear below." One of the "other terms" referenced "below" in the Rental Record is an Arbitration Provision.

8.    The Rental Record given to non-loyalty customers also provides: "By signing below You acknowledge that You have read, understand, accept and agree to the above and the Rental Terms . . . ."

9.    The Rental Terms incorporated into the Rental Record are contained in the Rental Jacket, which is a folder that contains additional terms and conditions governing the customer's rental. Every customer receives a Rental Jacket at the commencement of every non-loyalty rental. Attached hereto as Exhibit 1 is a true and correct exemplar of the Thrifty Rental Jacket that was in effect when Ronald G. DeNicolo, Jr. rented from Thrifty's San Francisco International Airport location on February 8, 2018.

10.    The Rental Jacket's first paragraph states: "These terms and conditions, the Rental Record signed by you and any other documents which you are required to sign when you rent the car, and which may be signed by you electronically, together constitute the agreement . . . for the rental of the vehicle identified in the rental record, including all of its parts . . . ."

11.    The Rental Jacket contains the Arbitration Provision.

12.    Every non-loyalty customer must accept both the Rental Record and the Rental Jacket before taking possession of the rental vehicle and leaving the rental car lot with it.

13.    Every Hertz Rental Record since September 2013 has contained the Arbitration Provision, and every Dollar and Thrifty Rental Record since November 2014 has contained the Arbitration Provision. The text of the Arbitration Provision has remained largely unchanged from September 2013 to the present.

14.    The Arbitration Provision provides customers with the ability to opt out of the Arbitration Provision by providing notice within 30 days of receipt. Hertz keeps records of each customer who has notified the company of a decision to opt out of the Arbitration Provision in his or her Rental Record. Hertz did not receive any notice from Ronald DeNicolo, Jr., of a decision to opt out of the Arbitration Provision.

1     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge,

2   information and belief, and that this declaration was executed in Estero, Florida on February 26th, 2019.

Adam R. Schloss

DECLARATION OF ADAM R. SCHLOSS
Case No. 4:19-cv-00210-YGR