# Exhibit 1

withheld in Thrifty's sole discretion. If permitted, You must first obtain through Thrifty insurance valid in Mexico. Thrifty does not provide any liability protection with this Agreement while a Car is in Mexico.

### 11. ACCIDENTS, THEFT AND VANDALISM

You must promptly and properly report any accident, theft or vandalism involving the Car to Thrifty and to the police in the jurisdiction in which such incident takes place. You should obtain details of witnesses and other vehicles involved and their drivers, owners and relevant insurances wherever possible. If You or any Authorized Operator receive any papers relating to such an incident, those papers must be promptly given to Thrifty. You and any Authorized Operators must cooperate fully with Thrifty's investigation of such incident and defense of any resulting claim. FAILURE TO COOPERATE FULLY MAY VOID ALL LIABILITY PROTECTION, PAI/ PEC, ESP, LIS AND LDW. You and any Authorized Operators authorize Thrifty to obtain any records or information relating to any incident, irrevocably and unconditionally consent and submit to the jurisdiction of the courts of the jurisdiction in which the incident occurs and waive any right to object to such jurisdiction.

### 12. LIMITS ON LIABILITY

a. Thrifty will not be liable to You or any Authorized Operators for any indirect, special or consequential damages (including lost profits) arising in any way out of any matter covered by this Agreement.

b. You understand and agree that it is improper for You to file a lawsuit concerning this Agreement against any entity other than Thrifty.

### 13. PRIVACY

Thrifty may collect and use personally identifiable data about You in accordance with Thrifty's Privacy Policy for Rental Customers (the "Privacy Policy"). Among other things, the Privacy Policy provides that Thrifty may use and disclose personally identifiable data about You as it reasonably believes is necessary to protect its business; to comply with applicable law; to protect the rights, privacy, safety or property of You or others; and to permit Thrifty to pursue available remedies or limit the damages that it may sustain. Thrifty may disclose personally identifiable data about You in response to requests from law enforcement agencies or government regulators. Pursuant to the Privacy Policy, You have options to limit the use or sharing by Thrifty of personally identifiable data about You for marketing purposes and you may access and correct data about You. The Privacy Policy explains these options and provides information about how to choose an option. A full copy of Thrifty's current Privacy Policy may be obtained by writing to Director, Privacy Services, DTG Operations, Inc, P. O. Box 25301, Oklahoma City, OK 73125, USA; or by clicking on the Privacy Policy link at www.Thrifty.com

### 14. WAIVER OR CHANGE OF TERMS/GOVERNING LAW

a. No term of this Agreement may be waived or changed except by a writing signed by an expressly authorized representative of Thrifty. Rental representatives are not authorized to waive or change any term of this Agreement.

b. This Agreement shall be governed by the substantive law of the jurisdiction in which the rental commences, without giving effect to the choice of laws rules thereof, and you hereby irrevocably and unconditionally consent and submit to the nonexclusive jurisdiction of the courts located in that jurisdiction.

c. If any provision of this Agreement conflicts with any applicable law or regulation in any jurisdiction, then that provision shall be deemed to be modified as to that jurisdiction (but, to the extent permitted by law, not elsewhere) to be consistent with such law or regulation, or to be deleted if modification is impossible, and shall not affect the remainder of this Agreement, which shall continue in full force and effect. If any provision of this Agreement is held to be so broad as to be unenforceable in any jurisdiction, then that provision shall be interpreted to be only so broad as is necessary for it to be enforceable as to such jurisdiction (but, to the extent permitted by law, not elsewhere).

### 15. PAYMENTS TO INTERMEDIARIES

If You arranged for this rental through a travel agent, Internet travel site, broker or other intermediary acting on Your behalf, Thrifty may have paid commissions or other payments to that party to compensate it for arranging such rentals. That compensation may be based in part on the overall volume of business that party books with Thrifty. For details on such compensation, You should contact that party.

### 16. ARBITRATION AND CLASS ACTION WAIVER

**ARBITRATION PROVISION: THIS AGREEMENT REQUIRES ARBITRATION OR A SMALL CLAIMS COURT CASE ON AN INDIVIDUAL BASIS RATHER THAN A JURY TRIAL OR CLASS ACTIONS. BY ENTERING INTO THIS AGREEMENT, YOU AGREE TO THIS ARBITRATION PROVISION.**

Except for claims for property damage, personal injury or death, ANY DISPUTES BETWEEN YOU AND us ("us" and "we" for the purposes of this Arbitration Provision means Thrifty Car Rental ("Thrifty") its parent and affiliate corporations, and their respective officers, directors and employees and any vendor or third party providing services for this rental transaction) MUST BE RESOLVED ONLY BY ARBITRATION OR IN A SMALL CLAIMS COURT ON AN INDIVIDUAL BASIS; CLASS ARBITRATIONS AND CLASS ACTIONS ARE NOT ALLOWED. YOU AND WE EACH WAIVE THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION, EITHER AS A CLASS REPRESENTATIVE OR CLASS MEMBER. You and we remain free to bring any issues to the attention of government agencies.

This Arbitration Provision's scope is broad and includes, without limitation, any claims arising from or relating to this Agreement or any aspect of the relationship or communications between us, whether based on contract, tort, statute, fraud, misrepresentation, equity or any other legal theory. It is governed by the Federal Arbitration Act, 9 U.S.C. §§ 1 et seq.

In any arbitration under this Arbitration Provision, all issues are for the arbitrator to decide, including his or her own jurisdiction, and any objections with respect to the existence, scope, or validity of this Arbitration Provision. The arbitration will take place in the county of Your billing address unless agreed otherwise.

The American Arbitration Association ("AAA") will administer any arbitration pursuant to its Consumer Arbitration Rules (the "Rules"). You can obtain the Rules at www.adr.org

You or we may commence an arbitration by providing a written demand for arbitration to the other (to us: DTG Operations, Inc, 8501 Williams Road, Estero, FL 33928 Attn: Arbitration) and two copies of the demand to the AAA. If You seek $10,000 or less through arbitration, we will reimburse You for any AAA required filing fee.

The arbitrator may award injunctive relief as well as money, but only in favor of and as warranted by the claim of the individual party seeking relief. Judgment on the arbitral award may be entered in any court having jurisdiction. An arbitration award and any judgment confirming it apply only to the specific parties in that case and cannot be used in any other case except to enforce the award itself. The arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of representative or class action.

IF YOU DO NOT WISH TO AGREE TO THIS ARBITRATION PROVISION, YOU MUST NOTIFY THRIFTY IN WRITING WITHIN 30 DAYS OF YOUR RECEIPT OF THIS AGREEMENT BY EMAIL AT no.arbitration@Thrifty.com OR BY MAIL TO: DTG Operations, Inc, 8501 Williams Road, Estero, FL 33928, Attn: Arbitration. Include Your name, address, the number at the top of the Rental Record and a clear statement that You do not agree to this Arbitration Provision. If You have previously notified Thrifty of Your decision to opt out of this arbitration provision, You do not need to do so again.

## SUMMARY OF OPTIONAL SERVICES

**THIS IS A SUMMARY ONLY AND IS SUBJECT TO ALL OF THE PROVISIONS, LIMITATIONS AND EXCEPTIONS OF THE APPLICABLE LIABILITY INSURANCE SUPPLEMENT, PERSONAL ACCIDENT AND PERSONAL EFFECTS AND EMERGENCY SICKNESS PROTECTION INSURANCE POLICIES (WHICH ARE AVAILABLE FOR INSPECTION UPON REQUEST), AND THIS AGREEMENT.** FOR INFORMATION REGARDING THE OPTIONAL LOSS DAMAGE WAIVER, WHICH IS NOT INSURANCE, SEE SUBPARAGRAPHS 4(c), 4(d) AND 7(d).

The insurance coverages offered by THRIFTY (LIS, PAI/PEC and ESP ) may provide a duplication of coverage already provided by a renter's personal automobile insurance policy or by another source of coverage. The purchase of these kinds of coverage is not required in order to rent a Car.

### LIABILITY INSURANCE SUPPLEMENT (LIS)

COVERAGE
If You elect to purchase LIS, coverage will be provided to You and any Authorized Operators under an excess automobile liability insurance policy issued to Thrifty.

LIMITS
LIS provides protection from third-party automobile liability claims for the difference between the liability protection limits provided under Paragraph 10 and a maximum combined single limit of Two Million ($2,000,000) Dollars for bodily injury, including death, and property damage. LIS also provides uninsured and underinsured motorists coverage for bodily injury, including death and property damage, if applicable, for the difference between the statutory minimum underlying limits and a maximum combined single limit of $1,000,000 each accident.

EXCLUSIONS
All exclusions, including claims arising from use of the Car as prohibited by this Agreement and claims by any of Your or any Authorized Operator's family members related by blood, marriage or adoption who resides with You or the Authorized Operator, are set forth in the applicable policy, a copy of which is available upon request.

HOW TO OBTAIN/DECLINE COVERAGE
If You accept LIS on the Rental Record, coverage will be provided during the rental period. The daily charge for LIS, which appears on the Rental Record, is due for each full or partial rental day.

### PERSONAL ACCIDENT INSURANCE (PAI) AND PERSONAL EFFECTS COVERAGE (PEC)

If You accept PAI / PEC on the Rental Record, coverage will be provided during the rental period. Please note that PAI and PEC are not available separately and may only be taken in combination. The daily charge for PAI/PEC, which appears on the Rental Record, is due for each full or partial rental day. Coverage will be provided under a policy issued to Thrifty.

### PERSONAL ACCIDENT INSURANCE (PAI):

COVERAGE AND BENEFITS
The PAI policies provide coverage for death directly caused by an accident independent of all other causes. The renter will be covered for any such accident during the rental period; passengers will also be covered, but only for accidents occurring while in, entering or exiting the Car. Benefits include death benefits of $175,000 for the renter and $17,500 per passenger; PAI also provides limited coverage for medical expenses (benefits are limited to $2500) and ambulance expense (benefits are limited to $250). Total benefits for any one accident are limited to $225,000. These benefits are payable without regard to any other benefits which may be due under any other insurance policy. Coverage is subject to various exclusions, terms and conditions.

EXCLUSIONS
PAI insurance excludes coverage for injury or death resulting from use of the Car in violation of this Agreement and also for injury or death which: (a) is intentionally self-inflicted; (b) results from aircraft travel; (c) results from committing or attempting to commit an assault or felony; (d) results from intoxicants or narcotics; or (e) results from suicide or attempted suicide while sane or insane. This is a summary only and other exclusions and restrictions apply. See the policy for additional exclusions and limitations.

NOTICE OF CLAIM
In the event of any occurrence likely to result in a claim for PAI benefits, immediate written notice should be given to Thrifty. Thrifty will provide You with a claim form and the address of the insurance company which is providing coverage. You will have to submit the claim form to the insurance company together with Your Rental Record.
PERSONAL EFFECTS COVERAGE (PEC):
COVERAGE
Coverage is provided for loss of or damage to covered personal effects owned by any covered persons while such personal effects are in transit or in any hotel or other building en route during a trip using the Car.

COVERED PERSONS
You and members of Your immediate family traveling with You during a trip using the Car who permanently reside in the same household with You are covered, if You accept PAI/PEC.

LIMITS OF LIABILITY
Maximum coverage during each rental period is $600 for each covered person. Total benefits in any rental period are limited to $1,800.

EXCLUSIONS
The following personal effects are not covered: Animals, automobiles, automobile equipment, cellular telephones, GPS equipment, motorcycles, boats, motors or other conveyances, household furniture, contact lenses, artificial teeth and limbs, currency, coins, deeds, bullion, stamps, securities, tickets, documents and perishables. Any loss of or damage to personal effects caused by mysterious disappearance or use of the Car in violation of the Agreement is not covered. Benefits are not payable for delay, loss of market, indirect or consequential losses or damages of any kind. This is a summary only and other exclusions and restrictions apply. See the policy for additional exclusions and limitations.

NOTICE OF CLAIM
In the event of any occurrence likely to result in a claim for PEC benefits, immediate written notice should be given to Thrifty. Thrifty will provide You with a claim form and the address of the insurance company which is providing coverage.

EMERGENCY SICKNESS PROTECTION

ESP is available at select locations to non-U.S. citizen renters who possess valid non-U.S. passports at the time of rental. ESP provides certain medical benefits for some sicknesses that may occur during rental periods of thirty days or less for the renter and non-U.S. persons traveling with the renter. Benefits include up to $10,000 per person for reasonable and customary cost of necessary medical care for covered sickness, including medical or surgical treatment, hospital services, supplies, x-rays and laboratory fees, local ambulance, visits to a physician's office, subject to a $100 deductible per person per sickness.

PREMIUM EMERGENCY ROADSIDE ASSISTANCE (PERS)

If accepted, PERS reduces Your financial liability for services required to remedy non-mechanical problems of the Car including lock-outs, lost key/key fob, flat tire and mounting and dead batteries, among other services. Full details are available at each rental location.

WARNING: YOU MUST REMOVE KEYS, LOCK ALL DOORS, CLOSE ALL CAR WINDOWS AND THE TRUNK WHEN LEAVING THE CAR OR PEC COVERAGE WILL NOT APPLY, IN WHICH CASE YOU WILL BE RESPONSIBLE FOR ANY LOSS.

---

# Thrifty



## THRIFTY IS GOING PLACES.

### Fast service. Free days.

Enjoy shorter lines and faster counter service when you join our Blue Chip Express Rental Program®. Plus, earn points towards free rental days when you sign up for Blue Chip Rewards.
Call 1-888-400-8877.



### Drive your business forward.

Choose from one of our business programs.
Call our Sales Support at 1-800-331-3550.

### Contact Us

| | |
|---|---|
| Customer Service: | 800-334-1705 |
| 24-Hour Roadside Assistance: | 877-435-7650 |
| Worldwide Reservations: | 800-847-4389 |

### thrifty.com

CF8880005T 8/17
Terms and Conditions apply. ® Reg. U.S. Pat Off. © 2017 DTG Operations, Inc.

---

# Thrifty

## RENTAL AGREEMENT TERMS AND CONDITIONS

THESE TERMS AND CONDITIONS, THE RENTAL RECORD SIGNED BY YOU AND ANY OTHER DOCUMENTS WHICH YOU ARE REQUIRED TO SIGN WHEN YOU RENT THE CAR, AND WHICH MAY BE SIGNED BY YOU ELECTRONICALLY, TOGETHER CONSTITUTE THE AGREEMENT ("THIS AGREEMENT") FOR THE RENTAL OF THE VEHICLE IDENTIFIED ON THE RENTAL RECORD, INCLUDING ALL OF ITS PARTS ("CAR"). THE AGREEMENT IS BETWEEN YOU AND THE COMPANY WHICH IS IDENTIFIED ON THE RENTAL RECORD DOING BUSINESS AS THRIFTY CAR RENTAL ("THRIFTY").

### 1. NATURE OF THIS AGREEMENT

You are obtaining solely a bailment that allows You to use the Car as permitted by this Agreement. You acknowledge that the Car is owned by Thrifty. No one other than Thrifty may transfer the Car or any rights or obligations under this Agreement. Any attempted transfer or sublease of the Car by anyone other than Thrifty is void. Neither You nor any Authorized Operators are agents of Thrifty. No one may service or repair the Car without Thrifty's prior express approval. THRIFTY MAKES NO EXPRESS OR IMPLIED WARRANTIES, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR THAT THE CAR IS FIT FOR ANY PARTICULAR PURPOSE.

### 2. WHO MAY OPERATE THE CAR

Only You and the following persons, with Your permission ("Authorized Operators"), may operate the Car: (a) Your spouse; (b) Your employer, employees and fellow employees incidental to their business duties; (c) for rentals ("Replacement Rentals") which are designated as replacement rentals on the Rental Record, any person specifically named as an insured on Your automobile policy; and (d) for rentals other than Replacement Rentals, any other person who meets Thrifty's qualifications and who signs an Additional Authorized Operator form at the time of rental or who is authorized under Your Thrifty CDP number, if any, shown on the Rental Record. All Authorized Operators must be at least 20 years old (An Age Differential charge may apply for ages 20-24) and must have a valid driver's license from a jurisdiction acceptable to Thrifty, except that persons operating the Car pursuant to clause (c) above need only be at least 21 years old. Except to the extent necessary for valet parking or in an emergency as permitted by law, no other persons are permitted to operate the Car; for purpose hereof, an "emergency" shall mean urgent circumstances which, under the laws of the jurisdiction in which the alleged emergency occurred, would justify the operation of an automobile by an unlicensed driver. With respect to persons who must sign an Additional Authorized Operator Form, other qualifications may, at Thrifty's discretion, be in effect at the time and place of rental and, where permitted by law, Thrifty may impose an additional fee for such persons. By operating the Car (whether or not an Additional Authorized Operator form is completed), an Authorized Operator will be deemed jointly and severally responsible for Your obligations under this Agreement related to the Car, as well as for any obligations that this Agreement directly imposes on an Authorized Operator of the Car (for example: the obligations contained in Paragraphs 9 and 10(c)).

### 3. RETURN

ORDINARY WEAR DUE TO REASONABLE USE EXCEPTED, YOU MUST RETURN THE CAR TO THRIFTY IN THE SAME CONDITION IT IS IN WHEN YOU RECEIVE IT. YOU MUST RETURN THE CAR TO THRIFTY BY THE DUE DATE SPECIFIED ON THE RENTAL RECORD, OR SOONER IF DEMANDED BY THRIFTY. IN NO EVENT MAY YOU KEEP THE CAR FOR MORE THAN THIRTY (30) DAYS, UNLESS AUTHORIZED IN WRITING BY THRIFTY. **A RETURN CHANGE FEE WILL APPLY TO ANY CHANGE IN YOUR SCHEDULED RETURN DATE, TIME OR LOCATION. IF YOU RETURN THE CAR BEFORE OR AFTER YOUR SCHEDULED RETURN DATE AND TIME AND FAIL TO TIMELY NOTIFY THRIFTY, THRIFTY MAY CHARGE YOU AN EARLY/LATE RETURN FEE.**
IF YOU FAIL TO RETURN THE CAR BY THE DUE DATE SPECIFIED ON THE RENTAL RECORD, THRIFTY WILL CHARGE AN OVERDUE ADMINISTRATIVE FEE. THE CAR WILL REMAIN SUBJECT TO THESE TERMS AND CONDITIONS UNTIL THRIFTY HAS INSPECTED AND ACCEPTED IT. IF YOU RETURN THE CAR AFTER HOURS, (A) YOU ARE RESPONSIBLE FOR ANY DAMAGE TO THE CAR UNTIL THRIFTY HAS INSPECTED AND ACCEPTED IT ON THE NEXT DAY THAT THE RETURN LOCATION IS OPEN FOR BUSINESS AND (B) TIME CHARGES, CHARGES FOR LDW, PAI/PEC AND LIS, AND ANY CHARGES FOR ADDITIONAL SERVICES OR OTHER CHARGES WHICH ARE STATED ON THE RENTAL RECORD AS A PERIODIC RATE, MAY CONTINUE TO ACCRUE UNTIL



Name:
Stall #:
Color:
Model:
License Plate #:

Warning: Don't lose your rental privileges. Allowing unauthorized drivers may result in loss of all insurance coverages, and your future rental privileges.

### Please Complete At Check-In

Odometer:
Date:
Time:

☐ I didn't buy gas    ☐ I did buy gas and the Fuel Level is:

| E | 1/8 | 1/4 | 3/8 | 1/2 | 5/8 | 3/4 | 7/8 | F |
|---|---|---|---|---|---|---|---|---|

### thrifty.com

CF8880005T.indd 1     9/8/17 11:13 AM

THE RETURN LOCATION REOPENS FOR BUSINESS.  IF YOU DO NOT RETURN THE CAR WHEN REQUIRED BY THIS AGREEMENT, THEN AFTER THRIFTY SENDS YOU A WRITTEN DEMAND TO RETURN IT, SENT TO YOUR ADDRESS SHOWN ON THE RENTAL RECORD OR OTHERWISE PROVIDED TO THRIFTY, THRIFTY MAY, AT YOUR EXPENSE, RECOVER THE CAR WHERE AND WHEN IT IS FOUND.  IF THE CAR IS FOUND ILLEGALLY PARKED OR APPARENTLY ABANDONED, OR IF THE CAR IS USED OR OBTAINED AS PROHIBITED UNDER PARAGRAPH 5, THEN THRIFTY MAY RECOVER THE CAR WITHOUT DEMAND. TO THE EXTENT PERMITTED BY LAW, YOU WAIVE ANY RIGHT TO A HEARING OR TO RECEIVE ANY NOTICE OR LEGAL PROCESS AS A PRE-CONDITION FOR THRIFTY RECOVERING THE CAR.  YOU EXPRESSLY CONSENT AND AGREE THAT THRIFTY MAY USE ELECTRONIC OR VERBAL MEANS TO CONTACT YOU. YOU AGREE THAT THRIFTY MAY USE ANY EMAIL ADDRESS OR TELEPHONE NUMBER YOU PROVIDE TO CONTACT YOU, INCLUDING MANUAL CALLING, VOICE MESSAGES, TEXT MESSAGES, EMAILS OR AUTOMATIC TELEPHONE DIALING SYSTEMS. THE CAR MAY BE EQUIPPED WITH GLOBAL POSITIONING TECHNOLOGY, OR OTHER TELEMATICS SYSTEMS AND A TRANSMITTER THAT ALLOWS THRIFTY TO LOCATE THE CAR AND PRIVACY IS NOT GUARANTEED. TO THE EXTENT PERMITTED BY LAW, YOU AUTHORIZE THRIFTY'S USE OF THE TECHNOLOGY INCLUDED IN THE CAR, INCLUDING TO TRACK THE LOCATION OF THE CAR, TO DISABLE THE CAR AND TO ASSIST IN REPOSSESSION OF THE CAR. IT IS YOUR RESPONSIBILITY TO DELETE ANY BLUETOOTH SYNCED DATA FROM THE CAR UPON RETURN.  UPON RETURN, IF THE CAR REQUIRES MORE THAN THRIFTY'S STANDARD CLEANING, THRIFTY MAY CHARGE YOU AN ADDITIONAL FEE TO HAVE THE CAR CLEANED:

4. **YOUR RESPONSIBILITY FOR LOSS OF OR DAMAGE TO THE CAR AND OPTIONAL LOSS DAMAGE WAIVER**

a. **EXCEPT AS STATED BELOW, YOU ARE RESPONSIBLE FOR ANY AND ALL LOSS OF OR DAMAGE TO THE CAR RESULTING FROM COLLISION, ROLLOVER, THEFT, OR VANDALISM  REGARDLESS OF FAULT.**

b. **FOR RENTALS COMMENCING IN CALIFORNIA, (A) YOUR RESPONSIBILITY FOR LOSS OR DAMAGE TO THE CAR WILL IN NO EVENT EXCEED THE FAIR MARKET VALUE OF THE CAR AT THE TIME IT IS LOST OR DAMAGED, PLUS  ACTUAL  CHARGES FOR TOWING, STORAGE AND  IMPOUND FEES, DIMINUTION OF VALUE OF THE CAR AS DETERMINED BY THRIFTY, AND AN ADMINISTRATIVE CHARGE, (B) YOUR RESPONSIBILITY FOR LOSS OF OR DAMAGE TO THE CAR RESULTING FROM VANDALISM UNRELATED TO THE THEFT OF THE CAR WILL NOT EXCEED $500 AND  (C) YOU ARE NOT RESPONSIBLE FOR LOSS OF OR DAMAGE TO THE CAR RESULTING FROM THEFT UNLESS IT RESULTS FROM A FAILURE TO EXERCISE ORDINARY CARE BY YOU OR ANY AUTHORIZED OPERATOR.**

c. **IF YOU HAVE ACCEPTED THE OPTIONAL LOSS DAMAGE WAIVER ("LDW"), WHICH IS NOT INSURANCE, THRIFTY WILL NOT HOLD YOU RESPONSIBLE FOR LOSS OF OR DAMAGE TO THE CAR EXCEPT AS DESCRIBED IN SUBPARAGRAPH 4(d).  PURCHASE OF LDW, WHICH ENTAILS AN ADDITIONAL DAILY CHARGE, IS NOT REQUIRED IN ORDER TO RENT A CAR AND MAY BE DECLINED.  THE CHARGE FOR LDW IS BASED ON THE CAR RENTED, WHICH MAY NOT BE THE SAME AS THE CAR RESERVED.  YOUR OWN INSURANCE OR THE CREDIT CARD USED TO PAY FOR THE RENTAL MAY COVER ALL OR PART OF YOUR FINANCIAL RESPONSIBILITY FOR LOSS OF OR DAMAGE TO THE CAR   BEFORE DECIDING WHETHER TO PURCHASE LDW, YOU ARE ADVISED TO CONSULT WITH YOUR INSURER OR CREDIT CARD ISSUER, TO DETERMINE WHETHER  YOUR INSURANCE POLICY OR CREDIT CARD AFFORDS COVERAGE FOR LOSS OF OR DAMAGE TO A RENTED VEHICLE AND, IF SO, THE TERMS AND SCOPE OF SUCH COVERAGE, INCLUDING THE AMOUNT OF THE DEDUCTIBLE AND ANY OTHER LIMITATIONS AND EXCESSES. THE CHARGE FOR LDW IS BETWEEN $11.00 AND $72.99 FOR EACH FULL OR PARTIAL RENTAL DAY, DEPENDING UPON THE CAR WHICH IS RENTED. YOU AGREE TO REVIEW THE DAILY CHARGE FOR LDW AND THE ESTIMATED TOTAL CHARGE FOR LDW FOR YOUR RENTAL PRIOR TO ACCEPTING LDW.**

d. **USE OF THE CAR IN A MANNER PROHIBITED IN PARAGRAPH 5 WILL, TO THE EXTENT PERMITTED BY APPLICABLE LAW, VOID LDW AND CAUSE YOU TO BE RESPONSIBLE FOR LOSS OF OR DAMAGE TO THE CAR RESULTING FROM THAT PROHIBITED USE.**

e. **YOU GRANT THRIFTY A LIMITED POWER OF ATTORNEY TO PRESENT CLAIMS FOR DAMAGE TO OR LOSS OF THE CAR TO YOUR INSURANCE CARRIER OR ANY OTHER APPLICABLE THIRD PARTY.**

5. **PROHIBITED USE OF THE CAR**

**NEITHER YOU NOR ANY AUTHORIZED OPERATOR MAY:**

a. **PERMIT THE USE OF THE CAR BY ANYONE OTHER THAN YOU OR AN AUTHORIZED OPERATOR;**

b. **INTENTIONALLY DESTROY, DAMAGE OR AID IN THE THEFT OF THE CAR;**

c. **TAKE OR ATTEMPT TO TAKE THE CAR INTO MEXICO OR TO ANYWHERE ELSE OUTSIDE OF THE UNITED STATES AND CANADA WITHOUT FIRST OBTAINING SPECIFIC WRITTEN PERMISSION FROM THRIFTY, WHICH PERMISSION MAY BE WITHHELD IN  THRIFTY' SOLE DISCRETION.**

d. **ENGAGE IN ANY WILLFUL, WANTON OR RECKLESS MISCONDUCT;**

e. **USE OR PERMIT THE USE OF THE CAR BY ANYONE:**
1) **WHILE UNDER THE INFLUENCE OF DRUGS OR ALCOHOL IN VIOLATION OF SECTION 23152 OF THE CALIFORNIA VEHICLE CODE OR ANOTHER JURISDICTION'S COMPARABLE LAW;**

2) **FOR ANY PURPOSE THAT COULD PROPERLY BE CHARGED AS A FELONY;**

3) **TO TOW OR PUSH ANYTHING, UNLESS SPECIFICALLY AUTHORIZED IN WRITING BY THRIFTY TO TOW**

4) **IN A SPEED TEST OR CONTEST;**

5) **IN DRIVER TRAINING ACTIVITY;**

6) **TO CARRY PERSONS OR PROPERTY FOR HIRE (I.E., FOR A CHARGE OR FEE) UNLESS SPECIFICALLY AUTHORIZED IN WRITING BY THRIFTY;**

7) **ON AN UNPAVED ROAD, IF DAMAGE OR LOSS TO THE CAR RESULTS DIRECTLY FROM THE ROAD OR DRIVING CONDITIONS; OR**

8) **IF THE CAR HAS BEEN OBTAINED FROM THRIFTY BY FRAUD OR MISREPRESENTATION.**
THE USE OF THE CAR IN  A MANNER PROHIBITED BY PARAGRAPH 5:

**ANY USE OF THE CAR IN A MANNER PROHIBITED BY PARAGRAPH 5:**

i. **TO THE EXTENT PERMITTED BY APPLICABLE LAW, WILL CAUSE YOU TO LOSE THE BENEFIT OF ANY LIMITATION ON YOUR LIABILITY FOR LOSS OF OR DAMAGE TO THE CAR, EVEN IF YOU HAVE ACCEPTED LDW**

ii. **TO THE EXTENT PERMITTED BY APPLICABLE LAW, WILL VOID PERSONAL ACCIDENT INSURANCE ("PAI") AND PERSONAL EFFECTS COVERAGE ("PEC"), LIABILITY INSURANCE SUPPLEMENT ("LIS") COVERAGE, EMERGENCY SICKNESS PROTECTION  AND  LIABILITY PROTECTION PROVIDED BY THRIFTY UNDER THIS AGREEMENT; AND**

iii. **WILL CONSTITUTE A BREACH OF THIS AGREEMENT, MAKING YOU RESPONSIBLE, TO THE FULLEST EXTENT PERMITTED BY LAW, FOR THE ACTUAL AND CONSEQUENTIAL DAMAGES TO THRIFTY CAUSED BY THE BREACH, TOGETHER WITH THRIFTY'S RELATED COSTS AND ATTORNEYS' FEES.**

6. PAYMENT OF CHARGES
You and any person, corporation or other entity to whom, with Thrifty's consent, You expressly direct the charges in any way incurred under this Agreement ("Charges") to be billed, are jointly and severally responsible for payment of all Charges.  If You direct Charges to be billed to any person, corporation or other entity, You represent that You are authorized to do so. Charges not paid on time as required by this Agreement may be subject to a late payment fee. You may also be charged a fee for any check used for payment of Charges that is returned to Thrifty unpaid or for any credit, charge, debit/check or stored value/prepaid/gift card charges which are not honored by the card issuer. Payment for all Charges is due at the completion of the rental in cash or by a credit card, charge card, debit/check card or other device acceptable to Thrifty; however, special rules may apply for rentals which are paid for with prepaid vouchers or coupons--see below.  You may be required to present a credit, charge or debit/check card at the commencement of the rental and to agree to permit Thrifty to bill Charges to that card. By providing a form of payment, You authorize Thrifty to perform a check on your credit and/or other data source that identify any risk associated with a rental of the Car by You.  Thrifty may decline to rent based on this information. Stored value/prepaid/gift cards are not, and debit/check cards may not be, acceptable to qualify for rental, but both types of cards may be used for payment at return.  Charges not known to Thrifty at the completion of the rental are payable by You, or by the person, corporation or other entity to whom such Charges are to be billed, immediately upon receipt of an invoice therefore or by billing to the credit, charge or debit/check card presented at the time of rental, even if cash, another credit, charge or debit/check card, or a stored value/prepaid/gift card, was used to pay for charges at the completion of the rental.  The payment of Charges by use of a credit, charge, debit/check or stored value/prepaid/gift card is governed by the terms of Your agreement with the card issuer. IF YOU PRESENT A CREDIT, CHARGE CARD OR DEBIT/CHECK CARD AT THE COMMENCEMENT OF THE RENTAL, YOU AUTHORIZE THRIFTY TO RESERVE CREDIT WITH, OR OBTAIN AN AUTHORIZATION FROM, THE CARD ISSUER AT THE TIME OF RENTAL IN AN AMOUNT THAT MAY BE GREATER THAN THE ESTIMATED CHARGES EXCLUSIVE OF ANY APPLICABLE DISCOUNTS OR PROMOTIONS THAT ARE APPLIED AT TIME OF RETURN.  IF YOU USE A DEBIT/CHECK CARD TO QUALIFY FOR A RENTAL, THRIFTY WILL NOT BE LIABLE FOR OVERDRAFT CHARGES, OR FOR ANY OTHER LOSSES OR LIABILITIES WHICH YOU MAY INCUR, IN THE EVENT THAT YOU OVERDRAW YOUR ACCOUNT AFTER THRIFTY RECEIVES THIS AUTHORIZATION. IF THE AUTHORIZATION OBTAINED AT THE COMMENCEMENT OF THE RENTAL EXCEEDS THE ACTUAL CHARGES INCURRED IN CONNECTION WITH THE RENTAL, THERE MAY BE A DELAY BETWEEN THE TIME THAT THE CHARGES ARE RECEIVED BY YOUR CARD ISSUER AND THE TIME THAT THE CARD ISSUER RELEASE THE EXCESS.  THRIFTY WILL PROCESS ONE OR MORE VOUCHERS OR PAYMENT SLIPS FOR ALL ACTUAL CHARGES AT OR FOLLOWING THE COMPLETION OF THE RENTAL.  Thrifty may audit all Charges.  If any errors are found, You will pay the corrected Charges. If payment was by credit, charge, debit/check or stored value/prepaid/gift card, You authorize Thrifty to correct the Charges with the card issuer. Thrifty will notify You of any correction.

Thrifty may from time to time issue prepaid vouchers or coupons represented either by documents or by entries in Thrifty's records ("Vouchers") which may be used to pay rental charges subject to the terms and conditions of the Vouchers.  Vouchers must be submitted at the time that the rental commences.  Persons who pay by voucher may be required to pay  the amount by which the estimated charges for the rental exceed the value of the Voucher at the commencement of the rental. Restrictions on the use of Vouchers may apply.

7. COMPUTATION OF CHARGES

a. TIME CHARGES are computed at the rates specified on the Rental Record for a. TIME CHARGES are computed at the rates specified on the Rental Record for days, weeks, months, extra hours and extra days (including days in excess of any longer specified time period). THE MINIMUM RENTAL CHARGE IS FOR ONE RENTAL DAY. RENTAL DAYS CONSIST OF CONSECUTIVE 24-HOUR PERIODS STARTING AT THE TIME THE RENTAL BEGINS, OR ANY PORTION OF A CALENDAR DAY, AS NOTED ON THE RENTAL RECORD. The extra hours rate shown on the Rental Record is charged for each full or partial hour in excess of a rental day until such extra hours' charges equal the daily rate specified on the Rental Record for an extra day.  RENTAL RATE IS SUBJECT TO INCREASE IF YOU RETURN THE CAR MORE THAN 24 HOURS BEFORE OR 24 HOURS AFTER THE SCHEDULED RETURN TIME. As stated in Paragraph 3, if the Car is returned after hours, charges may continue to accrue until the return location reopens for business. IF YOU FAIL TO COMPLY WITH ANY CONDITIONS SPECIFIED ON THE RENTAL RECORD APPLICABLE TO SPECIAL RATES, THRIFTY'S OTHERWISE APPLICABLE RENTAL RATES WILL BE CHARGED.

b. EARLY RETURN FEE. An Early Return Fee of $25.00 will be applied if You return the Car more than 24 hours before the date and time previously scheduled, and You fail to notify Thrifty more than 24 hours in advance of such change by calling Thrifty at 1-877-283-0898. This Fee will be applied in addition to any change in rental rate that occurs as a result of reducing Your rental timeframe.

c. LATE RETURN FEE. A Late Return Fee of $16.00 per day, up to a maximum of $80.00 will be applied if You return the Car more than 12 hours after the date and time previously scheduled, and You fail to notify Thrifty of such change more than 24 hours prior to Your scheduled return time by calling Thrifty at 1-877-283-0898. This Fee will be applied in addition to any change in rental rate that occurs as a result of extending Your rental.

d. RETURN CHANGE FEE. A Return Change Fee of $10.00 will be applied if You return the Car to a different location from that which was scheduled, or if You return the Car more than 24 hours before or 12 hours after the date and time previously scheduled, and You notify Thrifty of an early return or return location change more than 24 hours in advance of an applicable return, or for an extension of Your rental, notify Thrifty by the return date and time previously scheduled. You may notify Thrifty by calling 1-877-283-0898.
This Return Change Fee will be applied in addition to any increase in rate that may occur as a result of changing the return location or the timeframe of Your rental.
e. MILEAGE CHARGES, including those for extra miles, if any, are based on the per mile rate specified on the Rental Record. The number of miles driven is determined by subtracting the Car's odometer reading at the beginning of the rental from the reading when the Car is returned, excluding tenths of miles. The per mile rate is then multiplied by the number of miles driven or, in the case of extra miles, by the number of miles driven in excess of the number of miles allowed, as specified on the Rental Record. The result is the Mileage Charge.

f. A SERVICE CHARGE may be applied if You return the Car to any location other than the location from which it is rented. Any change to Your reservation may impact the rental charges. Rental charges may be higher if You make any change to Your rental, including a change to extend the rental, the drop-off location, or return the Car prior to the scheduled return date.

g. LDW, PAI/PEC ,LIS, ESP and PERS CHARGES, if applicable, are due and payable in full for each full or partial rental day, at the rates specified on the Rental Record.

h. TAXES, TAX REIMBURSEMENTS, VEHICLE LICENSING FEES, AIRPORT AND/OR HOTEL RELATED FEES AND FEE RECOVERIES, GOVERNMENTAL OR OTHER SURCHARGES AND SIMILAR FEES are charged/recovered as and where required or permitted by applicable law.

i. TOLL, PARKING & TRAFFIC OCCURRENCES/VIOLATIONS: YOU WILL BE RESPONSIBLE FOR AND PAY ALL TOLL OCCURRENCES, ALL  PARKING, TRAFFIC AND TOLL  VIOLATIONS, OTHER EXPENSES AND PENALTIES, ALL TOWING, STORAGE AND IMPOUNDMENT FEES AND TICKETS CHARGED TO THE CAR, ARISING FROM THE USE, POSSESSION OR OPERATION OF THE CAR BY YOU OR AN AUTHORIZED OPERATOR. You authorize Thrifty to release  Your billing rental information and charge or debit card information or billing account information and information regarding Your rental to American Traffic Solutions, Inc. and PlatePass, L.L.C., for the exclusive purpose of processing and billing for unpaid toll occurrences, and any violations, fines, penalties and fees  (and for PlatePass services, if utilized). You agree to indemnify Thrifty and/or American Traffic Solutions, Inc. and PlatePass, L.L.C. if they pay same. You agree to pay, upon billing, applicable administrative fees related to the cost of paying for such toll occurrences or toll, parking or other traffic violations and the cost of providing information about You to a court or governmental agency for each unpaid toll occurrence, and each toll, parking, or other citation incurred during Your rental. You further understand that Thrifty, American Traffic Solutions, Inc. and/or PlatePass, L.L.C. may furnish information regarding You, including but not limited to Your name, address and driver's license number to the governmental agency or court responsible for issuing or enforcing unpaid toll occurrences and toll, parking, or other citations that You incur during Your rental.

j. RECOVERY CHARGES consists of all costs of any kind incurred by Thrifty in recovering the Car either under this Agreement, or if it is seized by governmental authorities as a result of its use by You, any Authorized Operator or any other operator with Your, his or her permission, including, but not limited to, all attorneys' fees, court costs, and an Administrative Fee.

k. COLLECTION EXPENSE consists of all costs of any kind incurred by Thrifty in collecting Charges from You or the person, corporation or other entity to whom they are billed, including but not limited to all attorneys' fees and court costs.

l. LATE PAYMENT FEES may be applied to any balance due for Charges that are not paid within 30 days of Thrifty's mailing an invoice for such Charges to You or the person, corporation or other entity to whom they are to be billed. Such invoice may be mailed either to Your or their address specified at time of rental, or Your or their billing address on file with Thrifty.

m. FINES AND OTHER EXPENSES include, but are not limited to, fines, penalties, attorneys' fees and court costs assessed against or paid by Thrifty resulting from the use of the Car by You, any Authorized Operator or any other operator with Your, his or her permission.

n. CHARGES FOR ADDITIONAL SERVICES, such as Hertz NeverLost, In-Car Navigation System, alternate GPS or other navigational systems, and infant and toddler car seats, if applicable, will be charged the applicable rates specified on the Rental Record.  Charges for additional services, if stated on the Rental Record as a daily rate, are due and payable for each full or partial rental day.

o. LOST, DAMAGED GPS UNITS, CAR SEATS, and SEPARATELY PROVIDED PRODUCTS. If NeverLost units, GPS units, infant and toddler seats, or any separately provided product is lost, stolen or damaged while the Car is on rent, You must notify Thrifty and You will be responsible for any replacement, delivery and administrative costs.

p. SMOKING FEE. In the event it is determined by Thrifty personnel that You smoked in the Car (based on odor, test strips, or other mechanisms) or the Car smells of cigarette, marijuana, or other smoke, You will be charged a $400 fee.

q. ANY OTHER CHARGES specified on the Rental Record will be charged at the applicable rates specified on the Rental Record.  Any such charges which are stated on the Rental Record as a daily rate shall be due and payable for each full or partial rental day.

r. LOST KEYS/KEY FOBS/LOCKOUTS: If You lose the keys/key fob to the Car, Thrifty may charge You for the  cost of replacing the keys or key fob and the cost of delivering replacement keys/key fob (if possible) or towing the Car to the nearest Thrifty location. If You lock the keys / key fob in the Car and request assistance from Thrifty, Thrifty may charge You for the cost of delivering replacement keys / key fob (if possible) or towing the Car to the nearest Thrifty location.

s. Charges will continue to accrue until the Car is returned to Thrifty or, if the Car has been stolen, until You report the theft both to the police in the jurisdiction in which the theft occurs and to Thrifty.

8. REFUELING OPTIONS

Most Thrifty rentals come with a full tank of gas, but that is not always the case. There are three refueling options:

(1) IF YOU DO NOT PURCHASE FUEL FROM THRIFTY AT THE BEGINNING OF YOUR RENTAL AND YOU RETURN THE CAR WITH AT LEAST AS MUCH FUEL AS WAS IN IT WHEN YOU RECEIVED IT, You will not pay Thrifty a charge for fuel. YOU MUST REFILL THE TANK WITHIN A 10 MILE RADIUS OF THE RENTAL RETURN FACILITY AND PRESENT A FUEL RECEIPT TO AVOID A FUEL AND SERVICE CHARGE.

(2) IF YOU DO NOT PURCHASE FUEL FROM THRIFTY AT THE BEGINNING OF YOUR RENTAL AND YOU RETURN THE CAR WITH LESS FUEL THAN WAS IN IT WHEN YOU RECEIVED IT, Thrifty will charge You a Fuel and Service Charge at the applicable per-mile/kilometer or per-gallon rate specified on the Rental Record.

(a) The per-mile/kilometer rate is used if You do not buy fuel during the rental.  To calculate this amount, Thrifty multiplies the number of miles driven, as shown on the car's odometer, times the per-mile/kilometer rate shown on the Rental Record.

(b)  The per-gallon rate is used if You buy fuel during the rental but the tank is not as full when You return the Car as when You received it.  To calculate this amount, Thrifty multiplies the number of gallons needed to refill the fuel tank to the level it was at when You received the Car, times the per-gallon rate.

ALTHOUGH TWO METHODS ARE USED FOR EASE OF CALCULATION, THE PER-MILE/KILOMETER AND PER-GALLON RATES PRODUCE APPROXIMATELY THE SAME RESULT.

(3) IF YOU CHOOSE TO PURCHASE FUEL FROM THRIFTY AT THE BEGINNING OF YOUR RENTAL BY SELECTING THE FUEL PURCHASE OPTION, You will be charged as shown on the Rental Record for that purchase. IF YOU CHOOSE THIS OPTION, YOU WILL NOT INCUR AN ADDITIONAL FUEL AND SERVICE CHARGE, BUT YOU WILL NOT RECEIVE ANY CREDIT FOR FUEL LEFT IN THE TANK AT THE TIME OF RETURN, except in the following case:

(a) For rentals other than Replacement Rentals, if You drive the Car  100 miles or less and return it with less than a full tank of fuel, You will receive credit for the amount previously charged for the purchase of fuel from Thrifty and will be charged for the fuel used at the per-mile/kilometer rate shown on the Rental Record, but only if this will reduce the amount You pay for fuel.

EXCEPT FOR RENTALS AS TO WHICH CLAUSE (a) OF SUBPARAGRAPH (3) BECOMES APPLICABLE, THE PER GALLON COST OF THE FUEL PURCHASE OPTION WILL ALWAYS BE LOWER THAN THE FUEL AND SERVICE CHARGE. BUT IF YOU ELECT THE FUEL PURCHASE OPTION YOU WILL NOT RECEIVE CREDIT FOR FUEL LEFT IN THE TANK AT THE TIME OF RETURN.  THE COST OF REFUELING THE CAR YOURSELF AT A LOCAL SERVICE STATION WILL GENERALLY BE LOWER THAN THE FUEL AND SERVICE CHARGE OR THE FUEL PURCHASE OPTION. HOWEVER, THE FUEL AND SERVICE CHARGE AND THE FUEL PURCHASE OPTION ALLOW FOR THE CONVENIENCE OF NOT HAVING TO STOP AND REFUEL THE CAR PRIOR TO RETURN.

9. RESPONSIBILITY FOR PROPERTY

YOU AGREE  THAT THRIFTY IS NOT RESPONSIBLE TO YOU,  ANY AUTHORIZED OPERATORS OR ANYONE ELSE FOR ANY LOSS OF OR DAMAGE TO YOUR OR THEIR PERSONAL PROPERTY CAUSED BY YOUR OR THEIR ACTS OR OMISSIONS, THOSE OF ANY THIRD PARTY OR, TO THE EXTENT PERMITTED BY LAW, BY THRIFTY'S NEGLIGENCE.  YOU AND ANY AUTHORIZED OPERATORS HEREBY WAIVE ANY CLAIM AGAINST THRIFTY, ITS AGENTS, EMPLOYEES OR AFFILIATES, FOR LOSS OF OR DAMAGE TO YOUR OR ANYONE ELSE'S PERSONAL PROPERTY, WHICH INCLUDES, WITHOUT LIMITATION, PROPERTY LEFT IN ANY THRIFTY VEHICLE OR BROUGHT ON THRIFTY'S PREMISES, CAUSED BY YOU OR ANY AUTHORIZED OPERATOR, BY ANY THIRD PARTY OR, TO THE EXTENT PERMITTED BY LAW, BY THRIFTY'S NEGLIGENCE WHETHER IN WHOLE OR IN PART.  YOU AND ANY AUTHORIZED OPERATORS AGREE TO INDEMNIFY AND HOLD THRIFTY HARMLESS FROM AND AGAINST ANY CLAIMS THRIFTY FOR LOSS OF OR DAMAGE TO PERSONAL PROPERTY THAT IS CONNECTED WITH ANY RENTAL UNDER THIS AGREEMENT.

10 LIABILITY PROTECTION

THE FOLLOWING SUBPARAGRAPH (a) APPLIES IF THE PROVISIONS OF YOUR CDP NUMBER OR RATE PLAN SHOWN ON THE RENTAL RECORD, IF ANY, OR, IN THE CASE OF A REPLACEMENT RENTAL, THE APPLICABLE AGREEMENT, IF ANY, BETWEEN THRIFTY AND THE AUTOMOBILE INSURER WHICH IS RESPONSIBLE FOR DAMAGE TO OR LOSS OF YOUR VEHICLE (A "RESPONSIBLE INSURER"), INCLUDE THE EXTENSION BY THRIFTY OF LIABILITY PROTECTION.

a. WITHIN THE LIMITS STATED IN THIS SUBPARAGRAPH, THRIFTY WILL INDEMNIFY, HOLD HARMLESS, AND DEFEND YOU AND ANY OTHER AUTHORIZED OPERATORS FROM AND AGAINST LIABILITY TO THIRD PARTIES, WHICH BY DEFINITION EXCLUDES ANY OF YOUR OR ANY AUTHORIZED OPERATOR'S FAMILY MEMBERS RELATED BY BLOOD, MARRIAGE OR ADOPTION RESIDING WITH YOU OR THEM OR DAMAGE TO PROPERTY OWNED BY YOU OR ANY FAMILY MEMBERS RELATED BY BLOOD, MARRIAGE OR ADOPTION, FOR BODILY INJURY (INCLUDING DEATH) AND PROPERTY DAMAGE, IF THE ACCIDENT RESULTS FROM THE USE OF THE CAR AS PERMITTED BY THIS AGREEMENT. THE LIMITS OF THIS PROTECTION, INCLUDING OWNER'S LIABILITY, ARE THE SAME AS THE MINIMUM LIMITS REQUIRED BY THE AUTOMOBILE FINANCIAL RESPONSIBILITY LAW OF THE JURISDICTION IN WHICH THE ACCIDENT OCCURS, UNLESS HIGHER LIMITS APPLY FOR THE CDP NUMBER OR RATE PLAN SHOWN ON THE RENTAL RECORD, IF ANY, OR, IN THE CASE OF A REPLACEMENT RENTAL, THE

APPLICABLE CONTRACT BETWEEN THRIFTY AND THE RESPONSIBLE INSURER, IF ANY.  THESE LIMITS MAY NOT BE ADEQUATE TO FULLY COVER YOUR LIABILITY IN THE EVENT THAT YOU ARE INVOLVED IN AN ACCIDENT.  THIS PROTECTION WILL CONFORM TO THE BASIC REQUIREMENTS OF ANY APPLICABLE MANDATORY "NO FAULT" LAW BUT DOES NOT INCLUDE "UNINSURED MOTORIST," "UN-DERINSURED MOTORIST,"  "SUPPLEMENTARY NO FAULT" OR ANY OTHER OPTIONAL COVERAGE. TO THE EXTENT PERMITTED BY LAW, THRIFTY AND YOU HEREBY WAIVE AND REJECT THE INCLUSION OF ANY SUCH PROTECTION. If such protection is imposed by operation of law, then the limits of such protection will be the minimum required for primary liability protection by the law of the jurisdiction in which the accident occurs. Thrifty warrants that the protection described in this subparagraph is primary with respect to any insurance coverage which You or an Authorized Operator may have.  TO THE EXTENT PERMITTED BY LAW, THRIFTY' DEFENSE OBLIGATIONS TO YOU OR ANY AUTHORIZED OPERATOR HEREUNDER SHALL CEASE AFTER THE APPLICABLE LIMITS OF LIABILITY PROTECTION ARE TENDERED OR EXHAUSTED.

THE FOLLOWING SUBPARAGRAPH (b) APPLIES FOR ALL RENTALS COMMENCING IN CALIFORNIA OTHER THAN THOSE TO WHICH SUBPARAGRAPH (a) APPLIES.

b. IF YOU DO NOT PURCHASE LIABILITY INSURANCE SUPPLEMENT (LIS) (A SUMMARY OF LIS COVERAGE APPEARS BELOW) AT THE COMMENCEMENT OF THE RENTAL, AND AN ACCIDENT RESULTS FROM THE USE OF THE CAR, YOUR INSURANCE AND THE INSURANCE OF THE OPERATOR OF THE CAR WILL BE PRIMARY. THRIFTY DOES NOT PROVIDE ANY THIRD-PARTY LIABILITY PROTECTION COVERING THIS RENTAL.  YOU AGREE THAT YOU AND YOUR INSURANCE COMPANY WILL BE RESPONSIBLE FOR HANDLING, DEFENDING AND PAYING ALL THIRD-PARTY CLAIMS FOR BODILY INJURY, INCLUDING DEATH AND PROPERTY DAMAGE CAUSED BY OR ARISING FROM THE USE OF THE CAR DURING THE RENTAL. YOU REPRESENT AND WARRANT THAT YOUR INSURANCE IS SUFFICIENT TO SATISFY THE MINIMUM APPLICABLE FINANCIAL RESPONSIBILITY LIMITS REQUIRED BY LAW.  IN THE EVENT OF AN ACCIDENT, YOU WILL PROVIDE PROOF OF FINANCIAL RESPONSIBILITY AS REQUIRED BY LAW. YOU AGREE TO INDEMNIFY AND HOLD THRIFTY HARMLESS FROM AND AGAINST, AND WILL DEFEND THRIFTY AGAINST, ANY AND ALL LOSS, LIABILITY OR DAMAGES WHATSOEVER ARISING OUT OF THE USE OR OPERATION OF THE CAR DURING THE RENTAL PLUS COSTS AND ATTORNEYS' FEES. UNLESS REQUIRED BY LAW, THRIFTY DOES NOT PROVIDE ANY "UNINSURED" OR "UNDERINSURED" MOTORIST PROTECTION, "NO-FAULT" OR OTHER OPTIONAL PROTECTION IN CONNECTION WITH THIS RENTAL AND THRIFTY AND YOU HEREBY REJECT, TO THE EXTENT PERMITTED BY LAW, INCLUSION OF SUCH PROTECTION. WHERE THRIFTY IS REQUIRED BY LAW TO PROVIDE ANY OF THE ABOVE PROTECTION IN SPITE OF THIS AGREEMENT, SUCH PROTECTION SHALL BE SECONDARY OVER AND ABOVE ANY OTHER AVAILABLE INSURANCE PROVIDED OR AVAILABLE TO YOU UNDER ALL POLICIES (WHETHER PRIMARY OR EXCESS) IN AN AMOUNT NOT TO EXCEED THE MINIMUM STATUTORY FINANCIAL RESPONSIBILITY LIMITS OF THE JURISDICTION WHERE THE ACCIDENT OCCURS. THRIFTY MAY PROVIDE SUCH LIABILITY PROTECTION UNDER A CERTIFICATE OF SELF-INSURANCE OR AN INSURANCE POLICY.

c. YOU AND ALL OPERATORS WILL INDEMNIFY AND HOLD THRIFTY, ITS  AGENTS, EMPLOYEES AND AFFILIATES HARMLESS FROM AND AGAINST ANY AND ALL LOSS,  LIABILITY, CLAIM, DEMAND, CAUSE OF ACTION, ATTORNEY'S FEES AND EXPENSE OF ANY KIND (A "LOSS") ARISING FROM THE USE OR POSSESSION OF THE CAR BY YOU, ANY AUTHORIZED OPERATOR OR ANY OTHER OPERATOR(S) WITH YOUR, HIS OR HER PERMISSION, INCLUDING BUT NOT LIMITED TO ATTORNEYS' FEES INCURRED BY THRIFTY TO ENFORCE ANY OF ITS RIGHTS HEREUNDER, UNLESS SUCH LOSS ARISES OUT OF THRIFTY'S SOLE NEGLIGENCE.

d. The Car may not be driven into Mexico without first obtaining specific written permission from Thrifty, which permission may be