Brian Hauck (SBN 303058)
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bhauck@jenner.com

John F. Ward, Jr. (*pro hac vice* forthcoming)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
jward@jenner.com

Michelle R. Singer (*pro hac vice* forthcoming)
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066
msinger@jenner.com

*Attorneys for Defendant The Hertz Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RONALD G. DENICOLO, JR., on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION and VIKING CREDIT SERVICES, INC., d/b/a VIKING BILLING SERVICE,<br><br>Defendants. | Case No. 4:19-cv-00210-YGR<br><br>**DECLARATION OF MARYBETH MOURIZ IN SUPPORT OF DEFENDANT THE HERTZ CORPORATION'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY CLAIMS AGAINST HERTZ** |

I, Marybeth Mouriz, declare as follows:

1. I am employed by The Hertz Corporation ("Hertz"), where I serve as Senior Director, Brand Marketing Performance Management. The facts stated herein are true based on my own personal knowledge and my review of records maintained in the regular course of business by Hertz, which include records for each of the company's three rental car brands: Hertz, Dollar, and Thrifty.

2. Hertz maintains databases of business records, including records related to customer transactions. Hertz keeps and maintains these records in the course of its regularly conducted business, and it regularly updates the databases. All of the business records described below reside in these databases.

3. Hertz's business records show that between 2014 and January 11, 2019, when Mr. DeNicolo filed his lawsuit against Hertz, Mr. DeNicolo engaged in five rental transactions with Hertz in the United States. According to Hertz's business records, those rental transactions occurred on the following dates: March 30, 2014, October 23, 2014, February 28, 2016, January 29, 2018, and February 8, 2018.

4. Hertz's business records show a Hertz brand rental transaction with Mr. DeNicolo at the rental counter at the Ft. Myers, Florida, location on March 30, 2014. Attached hereto as Exhibit 1 is a true and correct copy of the Rental Record from Mr. DeNicolo's March 30, 2014 rental, as reflected in Hertz's business records.

5. Hertz's business records show a Hertz brand rental transaction with Mr. DeNicolo at the rental counter at the Dallas Love Field location on October 23, 2014. Attached hereto as Exhibit 2 is a true and correct copy of the Rental Record from Mr. DeNicolo's October 23, 2014 rental, as reflected in Hertz's business records.

6. Hertz's business records show a Dollar brand rental transaction with Mr. DeNicolo at the rental counter at the Ft. Myers, Florida airport location on February 28, 2016. Attached hereto as Exhibits 3 and 4 are true and correct copies of the documents comprising the Rental Record from Mr. DeNicolo's

February 28, 2016 rental, as reflected in Hertz's business records.

7. Hertz's business records show a Dollar brand rental transaction with Mr. DeNicolo at the rental counter at the Ft. Myers, Florida airport location on January 29, 2018. Attached hereto as Exhibits 5 and 6 are true and correct copies of the documents comprising the Rental Record from Mr. DeNicolo's January 29, 2018 rental, as reflected in Hertz's business records.

8. Hertz's business records show a Thrifty brand rental transaction with Mr. DeNicolo at the San Francisco, California airport location on February 8, 2018, with a return date of February 9, 2018. Hertz's business records show that Mr. DeNicolo's February 8, 2018 rental transaction took place at an Electronic Rental Kiosk ("ERK"). Hertz's business records show a Rental Record for that transaction, indicating that Mr. DeNicolo provided his consent to the rental terms electronically at the ERK by selecting "I Agree" on the screen. Attached hereto as Exhibit 7 is a true and correct copy of the Rental Record from Mr. DeNicolo's February 8, 2018 rental, as reflected in Hertz's business records.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, and that this declaration was executed in Estero, Florida on February 26th, 2019.

Marybeth Mouriz