# Exhibit 2



# Rental Record# 581058354

## RONALD G DENICOLO JR

Vehicle: 2015 COROLLA
Lot: U1 Space: 153    License: TX DWX6591

| Rental Rate* | 2 @ $ 75.25 per day | T $ 150.50 |
|---|---|---|
| *Includes Unlimited Miles | | |
| Discount -  R 20% | Applied to Time/Mileage Chgs | $ - 30.10 |

**Additional Products**
**Fuel Responsibility**    Starting Level (FULL 8/8)
You agree to replace fuel used or pay a refuelling charge of
$ 9.89 per gallon OR $ .366 per mile driven.

**Service Charges/Taxes**

| CONCESSION FEE RECOVERY | 11.11% | T $ | 13.82 |
| ENERGY SURCHARGE | | T $ | 1.49 |
| VEHICLE LICENSE COST RECOVERY | | T $ | 2.42 |
| Tax  10.000%  On Est. Taxable Ttl $ | 138.13 | $ | 13.81 |

**ADJUSTMENTS**

**TOTAL ESTIMATED CHARGE        $  151.94**

Credit Card Authorization Amount $   352.00
**Rented by The Hertz Corporation**
Vehicle: 00599 / 3044039  LocNum: TXLOV11  / 0160211
Miles Out:      1548  Plan:    0503G  Class:  C
Rental Location:  DALLAS LOVE FIELD
Rental Time:   **10/23/14** at  **9:25 AM**
Return Location:  DALLAS LOVE FIELD
Return Time:   **10/24/14** at  **2:25 PM**

Rental Extensions/Changes 1-800-654-4174
Emergency Road Service 1-800-654-5060

For Explanation of Charges: WWW.HERTZ.COM/CHARGEEXPLAINED
This estimate assumes you will rent and return at the locations and times indicated, and that you will not exceed any mileage limitations. Rental Rate subject to increase if You return Car more than 24 hours before or 24 hours after scheduled Return Time.  Late returns beyond 30 minute grace period may be subject to extra hour and/or extra day charges. Charges indicated as **** will be calculated at return. Taxable charges are preceded by a "T".

581058354                             PG 1 OF 5 #01 RT



PG 2 OF 5 #01 RT   RR 581058354

**Further information relating to Your rental charges, and other terms to which You agree, appear below.**

**FUEL & SERVICE CHARGES: PURSUANT TO PARAGRAPH 8 OF THE RENTAL AGREEMENT, FUEL & SERVICE CHARGES APPLY AT $ 9.89  PER GALLON OR, IF YOU DO NOT BUY FUEL DURING THE RENTAL AT $ .366 PER MILE. BOTH RATES PRODUCE APPROXIMATELY THE SAME RESULT.**

**YOU AGREE TO OPTIONAL SERVICES OF:**
LDW           DECLINED
LIS           DECLINED - OUR LIABILITY PROTECTION
                        IS SECONDARY
PAI/PEC       DECLINED
PREM RD SVC   DECLINED

**OTHER FEES AND ASSESSMENTS:**
CONCESSION FEE RECOVERY           T     11.11%
VEHICLE LICENSE COST RECOVERY     T$ 1.21PER DAY
TAX RATE -  10.000 %    APPLIES TO ALL CHARGES MARKED   T

**No "Additional Authorized Operators"** Without Our Prior Written Approval.

**CDP   1478904**- You Represent That You Are Specifically Authorized to Receive The Benefits Extended To Employees/Members Of
**AMEX SMALL BUSINESS PROGRA**

**Passenger Capacity:**   The Passenger Capacity Of This Vehicle Is Determined By The Number of Seatbelts And, By Law, Must Not Be Exceeded.  While In The Vehicle, Please Fasten Your Seatbelt. It Saves Lives And **It's The Law.** Should You Require A Larger Vehicle, Please Check At The Counter For Availability.

- You Will Be Charged An Administrative Fee Along With Towing/Impound
  Expenses If The Car Must Be Towed As A Result Of Your Negligence.
- We prohibit smoking in all Vehicles.  A cleaning fee will apply for violations.
- Excessive Mileage On A Repeat Basis May Result In Suspension Of
  Future Renting Privileges.

- You Are Required To Contact Us To Extend The Rental If The Car Will
  Not Be Returned By The Due Date On The Rental Record.  If The
  Vehicle Is Overdue By More Than 2 Days, And You Fail To Contact Us,
  An Overdue Administrative Fee May Be Charged To Offset Our
  Administrative Efforts And Related Costs.

RES:  ID - G34504175C1     PLAN - 0503G       CLASS - C
PREPARED BY:  4673/TXLOV11  PRINTED:  10/23/14  09:27
581058354



PG 3 OF 5 #01 RT    RR 581058354

## IMPORTANT INFORMATION REGARDING TOLLS

You are responsible to pay all tolls. For your convenience, we offer PlatePass, an electronic toll payment system operated by PlatePass LLC, for use on toll roads in the areas specified below.

************

In the following areas all our vehicles (even without a windshield toll transponder) may use any cashless electronic toll lane: The entire States of FLORIDA, COLORADO, NORTH CAROLINA, and TEXAS, the SAN FRANCISCO BAY AREA BRIDGES, and in Seattle, the TACOMA NARROWS BRIDGE and the SR 520 BRIDGE.

TO USE PLATEPASS IN THESE AREAS, pass through a cashless toll lane. You will be billed automatically as outlined below.

IF YOU DO NOT WISH TO USE PLATEPASS IN THESE AREAS, use only traditional cash toll lanes (if available) and make payment directly to the toll authority.

************

IN DELAWARE, ILLINOIS, INDIANA, MAINE, MARYLAND, MASSACHUSETTS, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, OHIO, PENNSYLVANIA, VIRGINIA AND WEST VIRGINIA, only vehicles equipped with a windshield toll transponder may access the cashless toll lanes.

TO USE PLATEPASS IN THESE STATES, slide the transponder out of the shield box and pass through a cashless toll lane. You will be billed automatically as outlined below.

IF YOU DO NOT WISH TO USE PLATEPASS IN THESE STATES, keep the transponder fully within the shield box and use only traditional cash lanes (if available) to make payment directly to the toll authority.

************

NOTE: Certain toll roads do not accept cash. If you travel on such a toll road without a personal transponder that can be used on the toll road, you will be required to use PlatePass and be billed automatically as outlined below, or incur toll violations for which you will be responsible.

Where permitted by Toll Authorities, you may opt to use your personal transponder. Follow the instructions above for NOT utilizing PlatePass and install a compatible transponder properly.

**If PlatePass is used, PlatePass LLC will charge you a service fee of $4.95 for each day of your rental including prior or subsequent days on which the PlatePass service is not used (capped at $24.75 per rental) plus incurred tolls at the Toll Authority's cash toll rate or highest undiscounted toll rate.** PlatePass LLC will separately charge your credit or debit card the applicable charges after the close of your rental. Charges typically take 1-3 weeks after the rental closes to appear on your statement, but a longer delay may occur. Cash customers will be invoiced.

FAILURE TO PAY ALL TOLLS MAY RESULT IN A TOLL VIOLATION. You will be charged for any toll/parking/traffic violation fines/penalties incurred, plus administrative fees. You authorize us to release your billing/rental information to PlatePass LLC and American Traffic Solutions to process and bill all such toll, violation, and administrative charges, and service fees.

581058354





PG 4 OF 5 # 01 RT    RR 581058354

**ARBITRATION PROVISION: THIS AGREEMENT REQUIRES ARBITRATION OR A SMALL CLAIMS COURT CASE ON AN INDIVIDUAL BASIS, RATHER THAN JURY TRIALS OR CLASS ACTIONS. BY ENTERING INTO THIS RENTAL AGREEMENT, YOU AGREE TO THIS ARBITRATION PROVISION.**

Except for claims for property damage, personal injury or death, ANY DISPUTES BETWEEN US MUST BE RESOLVED ONLY BY ARBITRATION OR IN A SMALL CLAIMS COURT ON AN INDIVIDUAL BASIS; CLASS ARBITRATIONS AND CLASS ACTIONS ARE NOT ALLOWED. YOU AND THE RESPECTIVE HERTZ COMPANY IDENTIFIED ON PAGE ONE OF THIS DOCUMENT (HEREINAFTER "HERTZ") EACH WAIVE THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION, EITHER AS A CLASS REPRESENTATIVE OR CLASS MEMBER. You and Hertz remain free to bring any issues to the attention of government agencies.

This Arbitration Provision's scope is broad and includes, without limitation, any claims relating to any aspect of the relationship or communications between us, whether based in contract, tort, statute, fraud, misrepresentation or any other legal theory. It is governed by the Federal Arbitration Act, 9 U.S.C. §§1 et seq.

In any arbitration under this Arbitration Provision, all issues are for the arbitrator to decide, including his or her own jurisdiction, and any objections with respect to the existence, scope or validity of this Arbitration Provision. The arbitration will take place in the county of Your billing address unless agreed otherwise.

The American Arbitration Association ("AAA") will administer any arbitration pursuant to its Commercial Dispute Resolution Procedures and the Supplementary Procedures for Consumer-Related Disputes (together, the "Rules"). You can obtain the Rules at www.adr.org.

You or Hertz may commence an arbitration by providing a written demand for arbitration to the other (to Hertz, The Hertz Corporation, 225 Brae Blvd., Park Ridge, NJ 07656, Attn: Arbitration) and two copies of the demand to the AAA. If You seek $10,000 or less through arbitration, Hertz will reimburse You for any AAA required filing fee.

The arbitrator may award injunctive relief as well as money, but only in favor of and as warranted by the claim of the individual party seeking relief. Judgment on the arbitral award may be entered in any court having jurisdiction. An arbitration award and any judgment confirming it apply only to the specific parties in that case and cannot be used in any other case except to enforce the award itself. The arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of representative or class action.

IF YOU DO NOT WISH TO AGREE TO THIS ARBITRATION PROVISION, YOU MUST NOTIFY US IN WRITING WITHIN 30 DAYS OF YOUR RECEIPT OF THIS AGREEMENT BY EMAILING US AT no.arbitration@hertz.com OR BY MAIL TO The Hertz Corporation, 225 Brae Blvd., Park Ridge, NJ 07656, Attn: Arbitration. Include Your name, address, the number at the top of this Rental Record, and a clear statement that You do not agree to this Arbitration Provision. If you have previously notified Hertz of Your decision to opt out of arbitration, You do not need to do so again.

581058354



**PG 5 OF 5 # 01 RT    RR 581058354**

**TO BE CHARGED TO:**
MC      XXXXXXXXXXXX5463   <   AUTH $   352.00/26742Z
THIS VEHICLE MAY NOT BE DRIVEN INTO MEXICO.

The Vehicle may be equipped with telematics technology that allows us to track or otherwise locate, disable and repossess the Vehicle and to obtain data about the Vehicle's use during your rental, including fuel usage and miles driven. By entering into this Agreement, You consent to our use of such telematics during your rental as permitted by applicable law.

By Your declining the optional Liability Insurance Supplement (LIS), Par. 10(b) of the Rental Terms will apply to this rental. By signing below, You agree that any insurance that provides coverage to You or to an Authorized Operator shall be primary. In the event of any claims arising from the operation of the Car, such insurance shall be responsible for the payment of all personal injury and/or property damage claims up to the limits of such insurance.

YOU MAY NOT NEED THE AUTOMOBILE INSURANCE OFFERED BY US. YOUR TEXAS AUTOMOBILE POLICY PROVIDES COVERAGE FOR YOUR LIABILITY WHILE OPERATING A RENTAL VEHICLE. AUTOMOBILE POLICIES ISSUED IN OTHER STATES OR COUNTRIES MAY ALSO DUPLICATE THIS COVERAGE. THE PURCHASE OF AUTOMOBILE RENTAL LIABILITY INSURANCE IS NOT REQUIRED AS A CONDITION OF RENTING AN AUTOMOBILE. THIS INSURANCE DOES NOT APPLY TO ANY BODILY INJURY OR PROPERTY DAMAGE ARISING OUT OF THE USE OR PERMITTING THE USE OF A RENTAL VEHICLE BY ANY DRIVER WHILE UNDER THE INFLUENCE OF DRUGS OR ALCOHOL IN VIOLATION OF LAW.   NOTICE: Your rental agreement offers, for an additional charge, an optional waiver to cover all or a part of Your responsibility for damage to or loss of the vehicle. Before deciding whether to purchase the waiver, You may wish to determine whether Your own automobile insurance or credit card agreement provides You coverage for rental vehicle damage or loss and determine the amount of the deductible under Your own insurance coverage. The purchase of the waiver is not mandatory. The waiver is not insurance. By signing below, You acknowledge that You have read, understand, accept and agree to the above and the Rental Agreement Terms And Conditions, which appear on the folder (GN1900005) delivered to You with this Rental Record, and You accept or decline the Optional Services as shown on Card 1.

X _____

581058354
The Hertz Privacy Policy governs the use of data about you. A copy of the policy is available at the rental counter and online at hertz.com.