# Exhibit 3




Rental Record# 371431550

RONALD DENICOLO
***INCOMPLETE RR***

| Rental Rate* | | | |
|---|---|---|---|
| | 1 @ $ 210.49 per wk | T $ | 210.49 |
| | 4 @ $ 28.99 ex day | T $ | 115.96 |

*Includes Unlimited Miles

**Additional Products**
**Fuel Responsibility**          Starting Level (FULL 8/8)
You agree to replace fuel used or pay a refuelling charge of
$ 9.99 per gallon OR $ .500 per mile driven.

**Service Charges/Taxes**

| | | | |
|---|---|---|---|
| CONCESSION FEE RECOVERY | 11.11% | T $ | 37.26 |
| VEHICLE LICENSING COST RECOVERY | 2.25% | T $ | 7.35 |
| FLA SURCHG | | T $ | 22.22 |
| ENERGY SURCHARGE | | T $ | 1.49 |
| Tax   6.000% On Est. Taxable Ttl $ | 394.77 | $ | 23.69 |

**ADJUSTMENTS**

**TOTAL ESTIMATED CHARGE          $   418.46**

Credit Card Authorization Amount $    481.00
**Rented By Dollar Rent A Car, Inc.**
                LocNum: FLFMY38   / 0057638
Miles Out:      0      Plan:    RWYW8  Class:   C
Rental Location:  SW FLORIDA REGIONAL AP
Rental Time:    02/28/16 at   4:54 PM
Return Location: ORLANDO INTERNATIONAL AP
Return Time:    03/10/16 at   7:30 AM

Rental Extensions/Changes or
Emergency Road Service 1-866-434-2226

This estimate assumes you will rent and return at the locations and times indicated, and that you will not exceed any mileage limitations. Rental Rate subject to increase if You return Car more than 24 hours before or 24 hours after scheduled Return Time. Late returns may be subject to extra hour and/or extra day charges.
Charges indicated as **** will be calculated at return.
Taxable charges are preceded by a "T".
371431550                                PG 1 OF 7 # 01 RT




PG 2 OF 7 #01 RT   RR 371431550

Further information relating to Your rental charges, and other terms to which You agree, appear below.

**FUEL & SERVICE CHARGES:** PURSUANT TO PARAGRAPH 8 OF THE RENTAL AGREEMENT, FUEL & SERVICE CHARGES APPLY AT $ 9.99 PER GALLON OR, IF YOU DO NOT BUY FUEL DURING THE RENTAL AT $ .500 PER MILE. BOTH RATES PRODUCE APPROXIMATELY THE SAME RESULT.   T

**YOU AGREE TO OPTIONAL SERVICES OF:**
LDW           DECLINED
LIS           DECLINED - OUR LIABILITY PROTECTION
              IS SECONDARY
PAI/PEC       DECLINED
PREM RD SVC   DECLINED

**OTHER FEES AND ASSESSMENTS:**
CONCESSION FEE RECOVERY            T     11.11%
VEHICLE LICENSING COST RECOVERY    T      2.25%
FLA SURCHG                       T$      2.02 PER DAY
ENERGY SURCHARGE                 T$ 1.49   PER RENTAL
TAX RATE -   6.000 %   APPLIES TO ALL CHARGES MARKED   T
FLORIDA SURCHARGE INCLUDES WASTE TIRE & WASTE BATTERY FEES OF $.03 PER DAY

**No "Additional Authorized Operators"** Without Our Prior Written Approval.

CDP    00099

**Passenger Capacity:**   The Passenger Capacity Of This Vehicle Is Determined By The Number of Seatbelts And, By Law, Must Not Be Exceeded. While In The Vehicle, Please Fasten Your Seatbelt. It Saves Lives And **It's The Law.** Should You Require A Larger Vehicle, Please Check At The Counter For Availability.

- For Choice Rentals, your selection of a vehicle may result in charges for optional products, such as Loss Damage Waiver and Fuel Purchase Option, that differ from the charges set forth in this Rental Agreement. You agree to said revised charge amounts, which will be indicated for your review on the Estimate of Charges provided to you at the exit gate, and your Rental Agreement is amended accordingly.
- You Will Be Charged An Administrative Fee Along With Towing/Impound Expenses If The Car Must Be Towed As A Result Of Your Negligence.
- We prohibit smoking in all Vehicles. Cleaning fee will apply for violations.
- Excessive Mileage On A Repeat Basis May Result In Suspension Of Future Renting Privileges.
- You Are Required To Contact Us To Extend The Rental If The Car Will Not Be Returned By The Due Date On The Rental Record. If The Vehicle Is Overdue By More Than 2 Days, And You Fail To Contact Us, An Overdue Administrative Fee May Be Charged To Offset Our Administrative Efforts And Related Costs.

RES ID:   G8124573050     PLAN - RWYW8     CLASS - C
PREPARED BY:  2284/FLFMY38  PRINTED: 02/28/16 16:59
371431550



**DOLLAR RENT A CAR**

PG 3 OF 7 #01 RT     RR 371431550

## REFUELING OPTIONS
**THE FOLLOWING REPLACES AND SUPERCEDES IN THE ENTIRETY SECTION 8. "REFUELING OPTIONS" OF THE RENTAL AGREEMENT TERMS AND CONDITIONS:**

**8. REFUELING OPTIONS**

Most Dollar rentals come with a full tank of gas, but that is not always the case. The refueling options are:

1. IF YOU DO NOT PURCHASE FUEL FROM DOLLAR AT THE BEGINNING OF YOUR RENTAL AND YOU RETURN THE CAR WITH AT LEAST AS MUCH FUEL AS WAS IN IT WHEN YOU RECEIVED IT, You will not pay a charge for fuel.

  a. For rentals from select locations: IF YOU DRIVE 75 MILES OR LESS, as determined by subtracting the Car's odometer reading at The beginning of the rental from the reading when the Car is returned, excluding tenths of miles, YOU MUST PRODUCE A RECEIPT AT THE TIME OF RETURN INDICATING THAT FUEL WAS PURCHASED SO THAT THE CAR IS RETURNED WITH AT LEAST AS MUCH FUEL AS WAS IN IT WHEN YOU RECEIVED IT. If You drive 75 miles or less and You do not produce such a receipt at the time of return, You will be charged the <=75 mile Fuel and Service Charge at the rate specified on the Rental Record, to the extent permitted by law.

2. IF YOU DO NOT PURCHASE FUEL FROM DOLLAR AT THE BEGINNING OF YOUR RENTAL AND YOU RETURN THE CAR WITH LESS FUEL THAN WAS IN IT WHEN YOU RECEIVED IT, Dollar will charge You a Fuel and Service Charge at the applicable per-mile/kilometer or per-gallon rate specified on the Rental Record. However, for rentals from select locations, if You drive the car 75 miles or less You will be charged the <=75 mile Fuel and Service Charge at the rate specified on the Rental Record, to the extent permitted by law.

  a. The per-mile/kilometer rate is used if You do not buy fuel during the rental. To calculate this amount, Dollar multiplies the number of miles driven as shown on the car's odometer, times the per-mile/kilometer rate shown on the Rental Record.

  b. The per-gallon rate is used if You buy fuel during the rental but the tank is not as full when You return the Car as when You received it. To calculate this amount Dollar multiplies the number of gallons needed to refill the fuel tank to the level it was at when You received the Car, times the per-gallon rate.

ALTHOUGH TWO METHODS ARE USED FOR EASE OF CALCULATION, THE PER-MILE/KILOMETER AND PER-GALLON RATES PRODUCE APPROXIMATELY THE SAME RESULT.

3. IF YOU CHOOSE TO PURCHASE FUEL FROM DOLLAR AT THE BEGINNING OF YOUR RENTAL BY SELECTING THE FUEL PURCHASE OPTION, You will be charged as shown on the Rental Record for that purchase. IF YOU CHOOSE THIS OPTION, YOU WILL NOT INCUR AN ADDITIONAL FUEL AND SERVICE CHARGE, BUT YOU WILL NOT RECEIVE ANY CREDIT FOR FUEL LEFT IN THE TANK AT THE TIME OF RETURN, except in the following cases:

  a. For rentals in Hawaii, if You return the Car with a full tank of fuel, You will receive a credit for the amount previously charged for the purchase of fuel from Dollar.

  b. If You drive the Car 75 miles or less from select locations, You will receive credit for the amount previously charged for the purchase of fuel from Dollar and will be charged the <=75 mile Fuel and Service Charge at the rate specified on the Rental Record, to the extent permitted by law.

EXCEPT FOR RENTALS AS TO WHICH CLAUSE (a) OR (b) OF SUBPARAGRAPH 8.(3) BECOMES APPLICABLE, THE PER-GALLON COST OF THE FUEL PURCHASE OPTION WILL ALWAYS BE LOWER THAN FUEL AND SERVICE CHARGE, BUT IF YOU ELECT THE FUEL PURCHASE OPTION YOU WILL NOT RECEIVE CREDIT FOR FUEL LEFT IN THE TANK AT THE TIME OF RETURN. THE COST OF REFUELING THE CAR YOURSELF AT THE LOCAL SERVICE STATION WILL GENERALLY BE LOWER THAN THE FUEL AND SERVICE CHARGE OR THE FUEL PURCHASE OPTION. HOWEVER, THE FUEL AND SERVICE CHARGE AND THE FUEL PURCHASE OPTION ALLOW FOR THE CONVENIENCE OF NOT HAVING TO STOP AND REFUEL THE CAR PRIOR TO RETURN.

371431550





PG 4 OF 7 # 01 RT    RR 371431550

## Tolls and the Optional PlatePass All-Inclusive Service.

You are responsible for the payment of all tolls incurred during the rental period. NOTE: Please be aware that certain toll roads and bridges do not accept or allow for payment by cash or credit card. These toll roads and bridges are "cashless" and/or "all electronic tolling" facilities. Use of such facilities will trigger certain charges, as described below

For your convenience, we offer the optional PlatePass All-Inclusive service. The PlatePass All-Inclusive service is an optional electronic toll payment service whereby all toll charges and any toll-related fees you incur during the rental period are covered by a daily or weekly PlatePass All-Inclusive rate set forth in your rental agreement. If you elect to purchase the optional PlatePass All-Inclusive service at the commencement of your rental period, the method for using that service depends on your location, as described below:

No Transponder-Required Locations: The optional PlatePass All-Inclusive service may be used by customers who elect it at the commencement of their rental period: (a) on toll roads throughout the states of Florida, Colorado, North Carolina, Georgia, and Texas; (b) on the San Francisco Bay Area Bridges in California; and (c) on the Tacoma Narrows Bridge and the SR 520 Bridge in Seattle, Washington. Please beware that the optional PlatePass All-Inclusive service may not be used on toll roads and bridges in Southern California. Use of the optional PlatePass All-Inclusive service in the locations noted above - if you elected to purchase it at the commencement of your rental period -- requires only that you drive through an electronic toll lane in your rental vehicle. There is no need to use a PlatePass toll transponder device or any other mechanism to activate use of the optional PlatePass All-Inclusive service.

NOTE: If you decline the optional PlatePass All-Inclusive service at the commencement of the rental period, but still use electronic toll roads and/or bridges during the rental period (including "cashless" or "all electronic" toll roads and bridges as noted above), you will be liable for and we will charge you: (a) all tolls incurred for such use (at the highest, undiscounted applicable toll rate); (b) a $15 administrative fee for each toll incurred (subject to a $105 cap for such toll-related administrative fees for the rental period); and (c) all other applicable toll charges or fees, if any.

Transponder-Required Locations: The optional PlatePass All-Inclusive service also may be used by customers who elect it on toll roads throughout the states of Delaware, Illinois, Indiana, Maine, Maryland, Massachusetts, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Virginia, and West Virginia. In those states, however, customers may use the PlatePass All-Inclusive service only if their rental vehicle is equipped with a PlatePass toll transponder device. This device, where present in the vehicle, is affixed to the windscreen under the rear-view mirror. To use the optional PlatePass All-Inclusive service in the states noted in this paragraph, you must first slide open the transponder box to expose the PlatePass transponder. (Instructions for doing so are printed on the transponder box itself.) After sliding open the transponder box, drive your rental vehicle through an electronic toll lane to use the optional PlatePass All-Inclusive service.

371431550



PG 5 OF 7 # 01 RT   RR 371431550

In the Transponder-Required Locations identified above, you have the option of electing the PlatePass All-Inclusive Service during the rental period (i.e., not just at the commencement of the rental period). In Transponder-Required Locations, you may "opt in" to the optional PlatePass All-Inclusive service "on the road" by sliding open the transponder box as described in the written instructions on the box itself. If you take that action in a Transponder-Required Location, you will be charged the applicable PlatePass All-Inclusive daily Up to $25 per day depending on the rental location.

NOTE:  If you decline the optional PlatePass All-Inclusive Service at the commencement of the rental and/or do not slide open the transponder box to opt in "on the road" as described above, but still use electronic toll roads and/or bridges during the rental period (including "cashless" or "all electronic" toll roads and bridges as described above), you will be liable for, and we will charge you: (a) all tolls incurred for such use (at the highest, undiscounted applicable toll rate); (b) a $15 administrative fee for each toll incurred (subject to a $105 cap for such toll-related administrative fees for the rental period); and (c) all other applicable toll charges or fees, if any.  You also will be liable for the charges described in this paragraph if you incur an electronic toll in a Transponder-Required Location in a vehicle that is not equipped with a PlatePass toll transponder device (or a valid, properly installed personal transponder compatible with the relevant toll authority).

Electing PlatePass All-Inclusive Upon Return of Vehicle:  In both Transponder-Required and No Transponder-Required locations you may elect to purchase the optional PlatePass All-Inclusive Service and pay the applicable daily or weekly PlatePass All-Inclusive price - upon request - when you return your rental vehicle.

You authorize us to release your rental and payment card information to PlatePass LLC, ATS Processing Services, LLC and American Traffic Solutions, Inc. (collectively, "ATS") for processing and billing purposes.  If we or ATS pay a toll or a citation on your behalf, or communicate with a citation-issuing authority about a citation you incurred during the rental, you authorize us or ATS to charge all such payments and related administrative fees, as described above and below, to the credit card, other payment card, and/or billing account you used for this rental.

### Parking and Moving Citations.
You are responsible for the payment of all vehicle parking and moving citations assessed against you or the vehicle during the rental period, including all such citations captured by camera and any related fines, fees, or penalties.  If a citation-issuing authority notifies us that we may be liable for any such citation and any related fines, fees, or penalties, you will be charged a $30 administrative fee for each such notification.

371431550



PG 6 OF 7 # 01 RT    RR 371431550



**ARBITRATION PROVISION: THIS AGREEMENT REQUIRES ARBITRATION OR A SMALL CLAIMS COURT CASE ON AN INDIVIDUAL BASIS, RATHER THAN JURY TRIALS OR CLASS ACTIONS. BY ENTERING INTO THIS RENTAL AGREEMENT, YOU AGREE TO THIS ARBITRATION PROVISION.**

Except for claims for property damage, personal injury or death, ANY DISPUTES BETWEEN US MUST BE RESOLVED ONLY BY ARBITRATION OR IN A SMALL CLAIMS COURT ON AN INDIVIDUAL BASIS; CLASS ARBITRATIONS AND CLASS ACTIONS ARE NOT ALLOWED. YOU AND THE RESPECTIVE DOLLAR COMPANY IDENTIFIED ON PAGE ONE OF THIS DOCUMENT (HEREINAFTER "DOLLAR") EACH WAIVE THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION, EITHER AS A CLASS REPRESENTATIVE OR CLASS MEMBER. You and Dollar remain free to bring any issues to the attention of government agencies.

This Arbitration Provision's scope is broad and includes, without limitation, any claims relating to any aspect of the relationship or communications between us, whether based in contract, tort, statute, fraud, misrepresentation or any other legal theory. It is governed by the Federal Arbitration Act, 9 U.S.C. §§1 et seq.

In any arbitration under this Arbitration Provision, all issues are for the arbitrator to decide, including his or her own jurisdiction, and any objections with respect to the existence, scope or validity of this Arbitration Provision. The arbitration will take place in the county of Your billing address unless agreed otherwise.

The American Arbitration Association ("AAA") will administer any arbitration pursuant to its Consumer Arbitration Rules (the "Rules"). You can obtain the Rules at www.adr.org.

You or Dollar may commence an arbitration by providing a written demand for arbitration to the other (to Dollar, Dollar Rent A Car,Inc, P.O. Box 33167, Tulsa, OK 74153-1167, Attn: Arbitration) and two copies of the demand to the AAA. If You seek $10,000 or less through arbitration, Dollar will reimburse You for any AAA required filing fee.

The arbitrator may award injunctive relief as well as money, but only in favor of and as warranted by the claim of the individual party seeking relief. Judgment on the arbitration award may be entered in any court having jurisdiction. An arbitration award and any judgment confirming it apply only to the specific parties in that case and cannot be used in any other case except to enforce the award itself. The arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of representative or class action.

IF YOU DO NOT WISH TO AGREE TO THIS ARBITRATION PROVISION, YOU MUST NOTIFY US IN WRITING WITHIN 30 DAYS OF YOUR RECEIPT OF THIS AGREEMENT BY EMAILING US AT no.arbitration@dollar.com OR BY MAIL TO Dollar Rent A Car, Inc., P.O. Box 33167, Tulsa, OK 74153-1167, Attn: Arbitration. Include Your name, address, the number at the top of this Rental Record, and a clear statement that You do not agree to this Arbitration Provision. If you have previously notified Dollar of Your decision to opt out of arbitration, You do not need to do so again.

371431550



PG 7 OF 7 # 01 RT    RR 371431550

**TO BE CHARGED TO:**
MC    XXXXXXXXXXXX8317   <   **AUTH $**   481.00/36174P

The Vehicle may be equipped with telematics technology that allows us to track or otherwise locate, disable and repossess the Vehicle and to obtain data about the Vehicle's use during your rental, including fuel usage and miles driven. By entering into this Agreement, You consent to our use of such telematics during your rental as permitted by applicable law.

By Your declining the optional Liability Insurance Supplement (LIS), Par. 10(b) of the Rental Terms will apply to this rental. Florida law requires our liability protection and personal injury protection to be primary unless otherwise stated. Therefore, We hereby inform You of the following: **The valid and collectible liability insurance and personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of liability and personal injury protection coverage required by ss.324.021(7) and 627.736, Florida Statutes.** Primary insurance means that, in the event of a covered loss, Your insurance or that of the Authorized Operator would be responsible for the payment of personal injury or property damage claims up to the limits of that insurance.
Failure to return rental property or equipment upon expiration of the rental period and failure to pay all amounts due (including costs for damage to the property or equipment) are evidence of abandonment or refusal to redeliver the property, punishable in accordance with section 812.155, Florida Statutes. If You decline Loss Damage Waiver (LDW), which is optional, You may be responsible for any loss or damage to the Car regardless of fault -- see Par. 4 of the Rental Agreement Terms And Conditions, which appear on the folder (GN1900005) delivered to You with this Rental Record (the Rental Terms). **Coverage for all or part of Your responsibility may be provided by Your own auto insurance or under your credit card agreement.** By signing below, You acknowledge that You have read, understand, accept and agree to the above and the Rental Terms, and You accept or decline the Optional Services as shown on Card 1 and Card 2.

X _____
371431550
Our Privacy Policy governs the use of data about you. A copy of the policy is available at the rental counter and online at dollar.com.