# Exhibit 4



# Rental Record# 371431550



## RONALD DENICOLO

Vehicle: 2014 SENTRA
License: NY GHK6846

| Rental Rate* | | | |
|---|---|---|---|
| | 1 @ $ 210.49 per wk | T $ | 210.49 |
| | 4 @ $  28.99 ex day | T $ | 115.96 |

*Includes Unlimited Miles

### Additional Products
**Fuel Responsibility**       Starting Level (FULL 8/8)
You agree to replace fuel used or pay a refuelling charge of
$ 9.99 per gallon OR $ .333 per mile driven.

### Service Charges/Taxes

| | | | |
|---|---|---|---|
| CONCESSION FEE RECOVERY | 11.11% | T $ | 37.26 |
| VEHICLE LICENSING COST RECOVERY | 2.25% | T $ | 7.35 |
| FLA SURCHG | | T $ | 22.22 |
| ENERGY SURCHARGE | | T $ | 1.49 |
| Tax  6.000% On Est. Taxable Ttl $ | 394.77 | $ | 23.69 |

**ADJUSTMENTS**

## TOTAL ESTIMATED CHARGE          $  418.46

---

Credit Card Authorization Amount $    481.00
**Rented By Dollar Rent A Car, Inc.**
Vehicle: 00599 / 9078304  LocNum: FLFMY38  / 0057638
Miles Out:          42319  Plan:      RWYW8  Class:   C
Rental Location:  SW FLORIDA REGIONAL AP
Rental Time:       02/28/16  at    5:15 PM
Return Location: ORLANDO INTERNATIONAL AP
Return Time:      03/10/16  at    7:30 AM

Rental Extensions/Changes or
Emergency Road Service 1-866-434-2226

This estimate assumes you will rent and return at the locations and times indicated, and that you will not exceed any mileage limitations. Rental Rate subject to increase if You return Car more than 24 hours before or 24 hours after scheduled Return Time. Late returns may be subject to extra hour and/or extra day charges.
Charges indicated as **** will be calculated at return.
Taxable charges are preceded by a "T".
371431550                              PG 1 OF 1 # 02 EG