# Exhibit 7



**Rental Record# 370370696**

**RONALDGJR DENICOLO**

Vehicle: **2016 VERSA**

Lot: **F** Space: **725** License: **CA 7SUA005**

| **Rental Rate*** | | | | |
|---|---|---|---|---|
| | 1 @ $ | 15.93 per day | T $ | 15.93 |
| | 1 @ $ | 2.71 ex hour | T $ | 2.71 |
| | @ $ | 23.99 ex day | T $ | |

*Includes Unlimited Miles

**Additional Products**

| | | |
|---|---|---|
| Frequent Flyer Surcharge | T $ | .00 |
| **Fuel & Service $ .322 /MI $ 9.99 /GAL 10.8 /TK CAP** | **T $** | **** |

**Service Charges/Taxes**

| | | | |
|---|---|---|---|
| CONCESSION FEE RECOVERY | 11.11% | T $ | 2.14 |
| CA TOURISM ASSESSMENT | 3.50% | $ | .65 |
| TRANSPORTATION AND FACILITIES FEE | | | 18.00 |
| Vehicle License Fee Accepted @ $ | .92 per day | T $ | 1.84 |
| Tax 1 11.250% On Taxable Ttl $ | 22.62 | $ | 2.55 |
| Tax 2 4.250% On California Refueling | | $ | **** |

**ADJUSTMENTS**

**TOTAL ESTIMATED CHARGE $ 43.82**

Credit Card Authorization Amount $ 350.00

**Rented by Thrifty, Inc.**

Vehicle: 01198 / 3286259 LocNum: CASFO18 / 0072418

Miles Out: 35337 Plan: RXHE1 Class: A

Rental Location: SAN FRANCISCO INTL AP

Rental Time: **02/08/18** at **9:54 AM**

Return Location: SAN FRANCISCO INTL AP

Return Time: **02/09/18** at **10:00 AM**

**Rental Extensions/Changes or Emergency Road Service 1-877-283-0898**

This estimate assumes you will rent and return at the locations and times indicated, and that you will not exceed any mileage limitations.
Rental Rate subject to increase if You return Car more than 24 hours before or 24 hours after scheduled Return Time. Late returns may be subject to extra hour and/or extra day charges.
Charges indicated as **** will be calculated at return.
Taxable charges are preceded by a "T".




PG 2 OF 7 #01 RT **RR 370370696**

**Further information relating to Your rental charges, and other terms to which You agree, appear below.**

**FUEL & SERVICE CHARGES: IF YOU DO NOT RETURN THE CAR WITH AS MUCH FUEL AS WHEN THE RENTAL STARTED, BUT REFUEL DURING THE RENTAL, REFUELING CHARGES APPLY AT AT $ 9.99 PER GALLON OR, IF YOU DO NOT BUY FUEL DURING THE RENTAL AT $ .322 PER MILE. BOTH RATES PRODUCE APPROXIMATELY THE SAME RESULT. F**

**YOU AGREE TO OPTIONAL SERVICES OF:**

| | |
|---|---|
| LDW | DECLINED |
| LIS | DECLINED - NO LIABILITY PROTECTION PROVIDED BY US |
| PAI/PEC | DECLINED |
| PREM RD SVC | DECLINED |

**OTHER FEES AND ASSESSMENTS:**

| | | |
|---|---|---|
| CONCESSION FEE RECOVERY | T | 11.11% |
| CA TOURISM ASSESSMENT | | 3.50% |
| TRANSPORTATION AND FACILITIES FEE | $ | 18.92PER RENTAL |
| VEHICLE LICENSE COST | T$ | .92PER DAY |

TAX RATE - 11.250 % APPLIES TO ALL CHARGES MARKED T

CA REFUEL SALES TAX RATE - 4.250 % APPLIES TO CHARGES MARKED F

**No "Additional Authorized Operators"** Without Our Prior Written Approval.

**CDP 00099**

**Passenger Capacity:** The Passenger Capacity Of This Vehicle Is Determined By The Number of Seatbelts And, By Law, Must Not Be Exceeded. While In The Vehicle, Please Fasten Your Seatbelt. It Saves Lives And **It's The Law.** Should You Require A Larger Vehicle, Please Check At The Counter For Availability.

- You Will Be Charged An Administrative Fee Along With Towing/Impound Expenses If The Car Must Be Towed As A Result Of Your Negligence.
- We prohibit smoking in all Vehicles. Cleaning fee will apply for violations.
- Excessive Mileage On A Repeat Basis May Result In Suspension Of Future Renting Privileges.
- You Are Required To Contact Us To Extend The Rental If The Car Will Not Be Returned By The Due Date On The Rental Record.

RES ID: H56515716A6 PLAN - RXHE1 CLASS - A
PREPARED BY: 7406/CASFO18 PRINTED: 02/08/18 09:56
370370696



**REFUELING OPTIONS**
**THE FOLLOWING APPLIES TO RENTALS FROM THIS LOCATION AND AMENDS AND SUPERSEDES SECTION 8. OF THE RENTAL AGREEMENT, RENTAL JACKET PORTION AND THE APPLICABLE REFUELING PROVISIONS OF BLUE CHIP PROGRAM TERMS:**
**8. REFUELING OPTIONS**
Most Thrifty rentals come with a full ank of gas, but that is not always the case. There are three refueling options:
1. IF YOU DO NOT PURCHASE FUEL FROM THRIFTY AT THE BEGINNING OF YOUR RENTAL AND YOU RETURN THE CAR WITH AT LEAST AS MUCH FUEL AS WAS IN IT WHEN YOU RECEIVED IT, You will not pay Thrifty a charge for fuel.
YOU MUST REFILL THE TANK OF THE CAR WITHIN A 10 MILE RADIUS OF THE RENTAL RETURN FACILITY AND PRESENT A FUEL RECEIPT TO AVOID A FUEL AND SERVICE CHARGE.

2. IF YOU DO NOT PURCHASE FUEL FROM THRIFTY AT THE BEGINNING OF YOUR RENTAL AND YOU RETURN THE CAR WITH LESS FUEL THAN WAS IN IT WHEN YOU RECEIVED IT, Thrifty will charge You a Fuel and Service Charge at the applicable per-mile or per-gallon rate specified on the Rental Record.
a. The per-mile rate is used if You do not buy fuel during the rental. To calculate this amount, Thrifty multiplies the number of miles driven, as sho on the car's odometer, times the per-mile rate shown on the Rental Record.
b. The per-gallon rate is used if You buy fuel during the rental but the tank is not as full when You return the Car as when You received it. To calculate thi amount, Thrifty multiplies the number of gallons needed to refill the fuel tank t the level it was at when You received the Car, times the per-gallon rate.
ALTHOUGH TWO METHODS ARE USED FOR EASE OF CALCULATION, THE PER-MILE AND PER-GALLON RATES PRODUCE APPROXIMATELY THE SAME RESULT.
3. IF YOU CHOOSE TO PURCHASE FUEL FROM THRIFTY AT THE BEGINNING OF YOUR RENTAL BY SELECTING THE FUEL PURCHASE OPTION, You will be charged as shown on the Rental Record for that purchase. IF YOU CHOOSE THIS OPTION, YOU WILL NOT INCUR AN ADDITIONALFUEL AND SERVICE CHARGE, BUT YOU WILL NOT RECEIVE ANY CREDIT FOR FUEL LEFT IN THE TANK AT THE TIME OF RETURN, except in the following cases:
a. For rentals in Hawaii, if You return the Car with a full tank of fuel, You will receive a credit for the amount previously charged for the purchase of fuel from Thrifty.
b. For rentals other than Replacement Rentals, if You drive the Car 75 miles or less and return it with less than a full tank of fuel, You will receive credit for the amount previously charged for the purchase of fuel from Thrifty and w be charged for the fuel used at the per-mile rate shown on the Rental Record but only if this will reduce the amount You pay for fuel.

EXCEPT FOR RENTALS AS TO WHICH CLAUSE (a) OR (b) OF SUBPARAGRAPH (3) BECOMES APPLICABLE, THE PER GALLON COST OF THE FUEL PURCHASE OPTION WILL ALWAYS BE LOWER THAN THE FUEL AND SERVICE CHARGE. BUT IF YOU ELECT THE FUEL PURCHASE OPTION YOU WILL NOT RECEIVE CREDIT FOR FUEL LEFT IN THE TANK AT THE TIME OF RETURN. THE COST OF REFUELING THE CAR YOURSELF AT A LOCAL SERVICE STATION WILL GENERALLY BE LOWER THAN THE FUEL AND SERVICE CHARGE OR THE FUEL PURCHASE OPTION. HOWEVER, THE FUEL AND SERVICE CHARGE AND THE FUEL PURCHASE OPTION ALLOW FOR THE CONVENIENCE OF NOT HAVING TO STOP AND REFUEL THE CAR PRIOR TO RETURN.





## Tolls and the Optional PlatePass All-Inclusive Service.

You are responsible for the payment of all tolls incurred during the rental period. NOTE: Please be aware that certain toll roads and bridges do not accept or allow for payment by cash or credit card. These toll roads and bridges are "cashless" and/or "all electronic tolling" facilities. Use of such facilities will trigger certain charges, as described below:

For your convenience, we offer the optional PlatePass All-Inclusive service. The PlatePass All-Inclusive service is an optional electronic toll payment service whereby all toll charges and any toll-related fees you incur during the rental period are covered by a daily or weekly PlatePass All-Inclusive rate set forth in your rental agreement. If you elect to purchase the optional PlatePass All-Inclusive service at the commencement of your rental period, the method for using that service depends on your location, as described below:

No Transponder-Required Locations: The optional PlatePass All-Inclusive service may be used by customers who elect it at the commencement of their rental period: (a) on toll roads throughout the states of Florida, Colorado, North Carolina, Georgia, and Texas; (b) on the San Francisco Bay Area Bridges in California; and (c) on the Tacoma Narrows Bridge and the SR 520 Bridge in Seattle, Washington. **In Southern California, for all toll roads that accept PlatePass, the toll authority allows for payment of the toll by phone/online within five (5) days of accessing the toll road.**

**In Southern California, if you travel in the excluded HOV lanes or on toll roads that do not accept PlatePass, you will be charged an additional $15 administrative fee for each time you access the HOV lane or travel on such toll road. The total administrative fees charged in this manner will not exceed $90 per rental agreement.**

Use of the optional PlatePass All-Inclusive service in the locations noted above - if you elected to purchase it at the commencement of your rental period -- requires only that you drive through an electronic toll lane in your rental vehicle. There is no need to use a PlatePass toll transponder device or any other mechanism to activate use of the optional PlatePass All-Inclusive service.

**NOTE: If you decline the optional PlatePass All-Inclusive service at the commencement of the rental period, but still use electronic toll roads and/or bridges during the rental period (including "cashless" or all electronic toll roads and bridges as noted above), you will be liable for and we will charge you: (a) all tolls incurred for such use (at the highest, undiscounted applicable toll rate); (b) a $15 administrative fee for each toll incurred (subject to a $90 cap for such toll-related administrative fees for the rental period); and (c) all other applicable toll charges or fees, if any.**

Transponder-Required Locations: The optional PlatePass All-Inclusive service also may be used by customers who elect it on toll roads throughout the states of Delaware, Illinois, Indiana, Maine, Maryland, Massachusetts, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Virginia, and West Virginia. In those states, however, customers may use the PlatePass All-Inclusive service only if their rental vehicle is equipped with a PlatePass toll transponder device. This device, where present in the vehicle, is affixed to the windscreen under the rear-view mirror. To use the optional PlatePass All-Inclusive service in the states noted in this paragraph, you must first slide open the transponder box to expose the PlatePass transponder. (Instructions for doing so are printed on the transponder box itself.) After sliding open the transponder box, drive your rental vehicle through an electronic toll lane to use the optional PlatePass All-Inclusive service.

Hertz PG 5 OF 7 #01 RT RR 370370696



In the Transponder-Required Locations identified above, you have the option of electing the PlatePass All-Inclusive Service during the rental period (i.e., not just at the commencement of the rental period). In Transponder-Required Locations, you may "opt in" to the optional PlatePass All-Inclusive service "on the road" by sliding open the transponder box as described in the written instructions on the box itself. If you take that action in a Transponder-Required Location, you will be charged the applicable PlatePass All-Inclusive daily Up to $25 per day depending on the rental location.

NOTE: If you decline the optional PlatePass All-Inclusive Service at the commencement of the rental and/or do not slide open the transponder box to opt in "on the road" as described above, but still use electronic toll roads and/or bridges during the rental period (including "cashless" or "all electronic" toll roads and bridges as described above), you will be liable for, and we will charge you: (a) all tolls incurred for such use (at the highest, undiscounted applicable toll rate); (b) a $15 administrative fee for each toll incurred (subject to a $90 cap for such toll-related administrative fees for the rental period); and (c) all other applicable toll charges or fees, if any. You also will be liable for the charges described in this paragraph if you incur an electronic toll in a Transponder-Required Location in a vehicle that is not equipped with a PlatePass toll transponder device (or a valid, properly installed personal transponder compatible with the relevant toll authority).

Electing PlatePass All-Inclusive Upon Return of Vehicle: In both Transponder-Required and No Transponder-Required locations you may elect to purchase the optional PlatePass All-Inclusive Service and pay the applicable daily or weekly PlatePass All-Inclusive price - upon request - when you return your rental vehicle.

You authorize us to release your rental and payment card information to PlatePass LLC, ATS Processing Services, LLC and American Traffic Solutions, Inc. (collectively, "ATS") for processing and billing purposes. If we or ATS pay a toll or a citation on your behalf, or communicate with a citation-issuing authority about a citation you incurred during the rental, you authorize us or ATS to charge all such payments and related administrative fees, as described above and below, to the credit card, other payment card, and/or billing account you used for this rental.

## Parking and Moving Citations.

You are responsible for the payment of all vehicle parking and moving citations assessed against you or the vehicle during the rental period, including all such citations captured by camera and any related fines, fees, or penalties. If a citation-issuing authority notifies us that we may be liable for any such citation and any related fines, fees, or penalties, you will be charged a $30 administrative fee for each such notification.

## Change Fees

In addition to the Charges and Fees listed in the Computation of Charges Section of the Rental Jacket portion of the Rental Agreement, the following Fees apply:

a. EARLY RETURN FEE of $25 will be applied if You return the Car more than 24 hours before the date and time previously scheduled, and You failed to notify us more than 24 hours in advance of such change by calling Thrifty at 1-877-283-0898. This Fee will be applied in addition to any change in rental rate that occurs as a result of reducing Your rental timeframe.

b. LATE RETURN FEE of $16 per day, up to a maximum of $80, will be applied if You return the Car more than 12 hours after the date and time previously scheduled, and You failed to notify us of such change more than 24 hours prior to Your scheduled return time by calling Thrifty at 1-877-283-0898. This Fee will be applied in addition to any change in rental rate that occurs as a result of extending Your rental.

c. RETURN CHANGE FEE of $10 will be applied if You return the Car to a different location from that which was scheduled, or if you return more than 24 hours before or 12 hours after the date and time previously scheduled, and You notify us of an early return or return location change more than 24 hours in advance of an applicable return, or for an extension of Your rental, notify Us by the return date and time previously scheduled. You may notify Thrifty by calling 1-877-283-0898. This fee will be applied in addition to any increase in rate that may occur as a result of changing the drop off location or the timeframe of Your rental.





**ARBITRATION PROVISION: THIS AGREEMENT REQUIRES ARBITRATION OR A SMALL CLAIMS COURT CASE ON AN INDIVIDUAL BASIS, RATHER THAN JURY TRIALS OR CLASS ACTIONS. BY ENTERING INTO THIS AGREEMENT, YOU AGREE TO THIS ARBITRATION PROVISION.**

Except for claims for property damage, personal injury or death, ANY DISPUTES BETWEEN You and us ("us" and "we" for the purposes of this Arbitration Provision means Thrifty Car Rental, ("Thrifty") its parent and affiliate corporations, and their respective officers, directors and employees and any vendor or third party providing services for this rental transaction) MUST BE RESOLVED ONLY BY ARBITRATION OR IN A SMALL CLAIMS COURT ON AN INDIVIDUAL BASIS; CLASS ARBITRATIONS AND CLASS ACTIONS ARE NOT ALLOWED. YOU AND WE EACH WAIVE THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION, EITHER AS A CLASS REPRESENTATIVE OR CLASS MEMBER. You and we remain free to bring any issues to the attention of government agencies.

This Arbitration Provision's scope is broad and includes, without limitation, any claims arising from or relating to this Agreement or any aspect of the relationship or communications between us, whether based in contract, tort, statute, fraud, misrepresentation, equity, or any other legal theory. It is governed by the Federal Arbitration Act, 9 U.S.C§§ 1 et seq.

In any arbitration under this Arbitration Provision, all issues are for the arbitrator to decide, including his or her own jurisdiction, and any objections with respect to the existence, scope or validity of this Arbitration Provision. The arbitration will take place in the county of Your billing address unless agreed otherwise.

The American Arbitration Association ("AAA") will administer any arbitration pursuant to its Consumer Arbitration Rules (the "Rules"). You can obtain the Rules at www.adr.org.

You or we may commence an arbitration by providing a written demand for arbitration to the other (to us: DTG Operations, 8501 Williams Road, Estero, FL 33928 Attn: Arbitration) and two copies of the demand to the AAA. If You seek $10,000 or less through arbitration, we will reimburse You for any AAA required filing fee.

The arbitrator may award injunctive relief as well as money, but only in favor of and as warranted by the claim of the individual party seeking relief. Judgment on the arbitral award may be entered in any court having jurisdiction. An arbitration award and any judgment confirming it apply only to the specific parties in that case and cannot be used in any other case except to enforce the award itself. The arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of representative or class action.

IF YOU DO NOT WISH TO AGREE TO THIS ARBITRATION PROVISION, YOU MUST NOTIFY THRIFTY IN WRITING WITHIN 30 DAYS OF YOUR RECEIPT OF THIS AGREEMENT BY EMAIL AT no.arbitration@thrifty.com OR BY MAIL TO: DTG Operations, Inc., Inc., 8501 Williams Road, Estero, FL 33928, Attn: Arbitration. Include Your name, address, the number at the top of this Rental Record, and a clear statement that You do not agree to this Arbitration Provision. If you have previously notified Thrifty of Your decision to opt out of this Arbitration Provision, You do not need to do so again.

Hertz PG 7 OF 7 #01 RT **RR 370370696**



**TO BE CHARGED TO:**
**MC** XXXXXXXXXXXX6772 < **AUTH $** 350.00/20978Z
THIS VEHICLE MAY NOT BE DRIVEN INTO MEXICO.

The Vehicle may be equipped with telematics technology that allows us to track or otherwise locate, disable and repossess the Vehicle and to obtain data about the Vehicle's use during your rental, including fuel usage and miles driven. By entering into this Agreement, You consent to our use of such telematics during your rental as permitted by applicable law.
Liability Protection: If You DO NOT elect Liability Insurance Supplement (LIS and/or You violate the Terms and Conditions of the Rental Agreement, wher permitted by law, if Thrifty makes any payment as a result of an accident Yo are responsible to indemnify Thrifty for all payments made including attorney fees and costs. If You elect LIS, LIS provides protection from liability for thir party automobile claims for the difference between the liability limits in Paragraph 10 of the Rental Agreement and the maximum combined single limit of $1,000,000 for bodily injury, including death and property damage (or rentals in California and Florida the maximum combined single limit is $2,000,000 for liability protection only)LIS also includes uninsured/underinsur motorist coverage (while occupying the Car) for bodily injury and property damage, if applicable, for the difference between the statutory minimum underlying limits and $1,000,000 for each accident

Under California Civil Code Section 1798.83, any California resident who is an individual customer of ours may call (888)777-5870 to request a copy of our Privacy Policy and a form directing us not to disclose his personal information to third parties for their direct marketing purposes.
NOTICE: Except as stated in Par. 4 of the Rental Agreement Terms And Conditions (the Rental Terms) which appear on the folder (CF1900003) delivered to You with this Rental Record, You are responsible for all loss or damage to the rented vehicle even if someone else caused it or the cause is unknown. Your liability will not exceed the cost of repair up to the fair market value of the vehicle at the time it is lost or damaged, plus actual charges for towing, storage and impound fees, and an administrative charge. We will not hold You responsible if You buy Loss Damage Waiver (LDW) except as stated in Par. 4 of the Rental Terms. For additional information about your responsibility for loss or damage to the rented vehicle and about LDW see Par. 4 of the Rental Terms. If You accept LDW, the cost for each full or partial day will be $ 11.00. By signing below You acknowledge that You have read, understand, accept and agree to the above and the Rental Terms, and You accept or decline LDW and the other Optional Services as shown on Card 1 and Card 2. By signing below You also acknowledge that a representative of ours has orally disclosed to You that LDW may be duplicative of coverage that You maintain under Your own policy of motor vehicle insurance. Purchase of LDW is optional. Only You and persons who are Authorized Operators, as that term is defined in Par. 2 of the Rental Terms, may operate the Car.

**X** CUSTOMER COPY - E-SIGNATURE ON FILE
370370696
Our Privacy Policy governs the use of data about you. A copy of the policy is available at the rental counter and online at thrifty.com.