|   |   |
|---|---|
| 1 | Brian Hauck (SBN 303058) |
| 2 | JENNER & BLOCK LLP |
|   | 633 West 5th Street, Suite 3600 |
| 3 | Los Angeles, CA 90071-2054 |
| 4 | Telephone:  (213) 239-5100 |
|   | Facsimile:  (213) 239-5199 |
| 5 | bhauck@jenner.com |

John F. Ward, Jr. (*pro hac vice* forthcoming)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484
jward@jenner.com

Michelle R. Singer (*pro hac vice* forthcoming)
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
Telephone:  (202) 639-6000
Facsimile:  (202) 639-6066
msinger@jenner.com

*Attorneys for Defendant The Hertz Corporation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| RONALD G. DENICOLO, JR., on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION and VIKING CREDIT SERVICES, INC., d/b/a VIKING BILLING SERVICE,<br><br>Defendants. | Case No. 4:19-cv-00210-YGR<br><br>**DECLARATION OF SHUAIB BULHAN IN SUPPORT OF DEFENDANT THE HERTZ CORPORATION'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY CLAIMS AGAINST HERTZ** |

I, Shuaib Bulhan, declare as follows:

1.  I am an employee of The Hertz Corporation ("Hertz"). The facts stated herein are true based on my own personal knowledge.

2.  I have been working for Hertz since 2000. Since 2016, I have been employed in the position of General Manager at the San Francisco International Airport ("SFO") location. In that role, I have supervisory responsibility for the Hertz and Dollar Thrifty rental locations at SFO. I was employed as the SFO General Manager on the date on which Plaintiff Ronald DeNicolo, Jr. rented a car from Dollar Thrifty's SFO location in February 2018.

3.  All Hertz, Dollar, and Thrifty customers at the SFO location who are not members of a loyalty program begin their rentals in the SFO Car Rental Center, which customers reach via an air train. Customers renting from the Hertz brand typically begin their rentals at the Hertz location on the first floor of the car-rental building. Customers renting from the Dollar or Thrifty brands typically begin their rentals at the Dollar Thrifty location on the fourth floor of the car-rental building.

4.  Customers renting from Dollar Thrifty's SFO location who are not members of a loyalty program may choose to rent either at the rental counter or at an Electronic Rental Kiosk ("ERK"). An ERK is a large freestanding device through which a customer interfaces by video and telephone with a remotely located Dollar Thrifty virtual customer service representative ("VCSR"). An ERK has two screens a customer views during a rental: a video screen and a display screen.

5.  To initiate a kiosk rental transaction, a customer walks up to a kiosk and views the first display screen on it, which asks the customer to indicate whether the rental is from Hertz or Dollar Thrifty. The customer then selects the correct brand. After that selection is made, the kiosk dials a remotely located VCSR, who appears on the kiosk's video screen. The customer is prompted to pick up a phone receiver from the side of the kiosk and talk to the person on the screen. The customer and the remote Hertz representative can both see and hear each other during the entire rental transaction.

6. As the rental process proceeds, the VCSR asks the customer to scan his or her driver's license and credit card at the kiosk. The VCSR also directs the customer to retrieve a rental folder, also known as a Rental Jacket, that contains rental agreement terms, including an Arbitration Provision, from a container on the side of the kiosk. It is Hertz's policy and procedure to keep these containers well stocked with Rental Jackets, and I am not aware of any time when these containers have not been well stocked.

7. The VCSR discusses the terms of the rental with the customer, including the price and any optional products selected. The ERK display screen then lists the details of the customer's rental agreement, including the estimated charges. The screen then displays the following disclosure:

> By accepting the Rental Terms and Conditions, you are entering into a binding contract with us for which no handwritten signature is required. By clicking the I Accept button below, you agree to comply with all provisions of these Rental Agreement Terms and Conditions appearing on the rental folder. A copy of such Rental Agreement Terms and Conditions should have been made available to you. If the rental folder has not been made available to you, you may request and receive it from a counter representative.
> Our Privacy Policy governs the use of data about you. A copy of the policy is available from a counter representative or online at the website listed on your contract. By clicking the I Agree button below, you agree to comply with all provisions of these Rental terms (including the Rental Agreement Terms and Conditions contained in the rental folder). If you do not understand and/or agree to these Rental Terms click on the button marked I Decline and this rental transaction will be terminated.
>
> [I Decline]   [Go Back]   [I Agree]

8. At the bottom of the screen, the customer is given the option to "agree" or "decline" the terms, or to "go back." If the customer selects "decline," the rental is canceled and is not processed. If the customer selects "accept," the customer is provided with the Rental Record. The Rental Records that print out of ERKs all say "Hertz" at the top, whether the rental was from the Hertz brand or the Dollar or Thrifty brands.

9. Once the customer completes the rental process at the kiosk, he or she proceeds to the

second floor of the Car Rental Center. The customer then locates the car and drives to the exit gate. The customer must present his Rental Record to the exit-gate attendant in order to exit the rental lot with the rental car. Once the attendant matches the information on the Rental Record with the vehicle, the attendant allows the customer to exit.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, and that this declaration was executed in San Francisco, California, on February 26, 2019.

Shuaib Bulhan