**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| RONALD G. DENICOLO, JR., on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>The Hertz Corporation<br><br>　　　　Defendants. | Case No. 4:19-cv-00210-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE HERTZ CORPORATION'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY CLAIMS AGAINST HERTZ** |

　　Plaintiff Ronald G. DeNicolo, Jr., has filed this putative class action against Defendants The Hertz Corporation ("Hertz") and Viking Client Services, Inc.  Presently before the Court is Hertz's motion to compel arbitration and dismiss Hertz from the case or, in the alternative, stay the claims against Hertz while arbitration proceeds.

　　This Court, having considered the instant motion and all other relevant factors, hereby **GRANTS** Hertz's Motion to Compel Arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.* and Federal Rule of Civil Procedure 12(b).  Plaintiff is hereby ordered to arbitrate his claims against Hertz on an individual basis in accordance with the terms of his arbitration agreement with Hertz, and Plaintiff's claims against Hertz are hereby **DISMISSED** from this action.

　　**SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Yvonne Gonzalez Rogers, U.S.D.J.