# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD G DENICOLO,**<br><br>Plaintiff**,**<br><br>vs.<br><br>**THE HERTZ CORPORATION, ET AL.,**<br><br>Defendants**.** | CASE NO. 19-cv-00210-YGR<br><br>**ORDER GRANTING MOTION TO COMPEL ARBITRATION AND STAYING ACTION AS TO DEFENDANT THE HERTZ CORPORATION ONLY; SETTING COMPLIANCE HEARING; AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 27 |

Defendant The Hertz Corporation ("Hertz") has filed its motion to compel arbitration and dismiss or stay claims against Hertz. (Dkt. No. 27.) Having considered the parties' briefing and evidence in support of and opposition to the motion, and for the reasons stated on the record at the hearing April 9, 2019, the Court **ORDERS** that the motion to compel arbitration is **GRANTED** and the case is **STAYED** against Hertz only.

The Court **SETS** a compliance hearing for **Friday, August 30, 2019**, at 9:01 a.m., in Courtroom 1, Federal Courthouse, 1301 Clay Street, Oakland. Plaintiff and Hertz are directed to submit a **joint** status statement regarding the status of the arbitration, to be file no later than **August 23, 2019**. If the Court is satisfied with the statement, the compliance hearing will be vacated and no appearance will be required

The Court further Sets an initial case management conference with respect to plaintiff's claims against all other defendants for Monday, May 6, 2019, at 2:00 p.m. in Courtroom 1, Federal Courthouse, 1301 Clay Street, Oakland.

This terminates Docket No. 27.

**IT IS SO ORDERED.**

Dated: April 12, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**