UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RONALD G DENICOLO, | |
|---|---|
| Plaintiff, | Case No. 19-cv-00210-YGR |
| v. | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| THE HERTZ CORPORATION, et al., | |
| Defendants. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| NON-EXPERT DISCOVERY CUTOFF: | December 6, 2019 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: October 4, 2019<br>Rebuttal: November 4, 2019 |
| EXPERT DISCOVERY CUTOFF: | December 6, 2019 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS AND CLASS CERTIFICATION MOTION: | Filed by December 13, 2019<br>Oppositions filed January 13, 2020<br>Replies filed January 27, 2020<br>Hearing: February 28, 2020 at 2:00 PM |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: May 8, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.