Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

RONALD G DENICOLO, et al.,

    Plaintiffs,

v.

THE HERTZ CORPORATION, et al.,

    Defendants.

Case No. 19-cv-00210-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, May 4, 2020 at 2:00 p.m. |
| PREVIOUSLY REFERRED TO MAGISTRATE JUDGE RYU FOR DISCOVERY | |
| NON-EXPERT DISCOVERY CUTOFFS: *BETWEEN PLAINTIFF AND VIKING* *BETWEEN PLAINTIFF AND HERTZ* | January 20, 2020 July 1, 2020 |
| DEFENDANT VIKING'S DISPOSITIVE MOTION[1] / DAUBERT MOTIONS | |
| MOTION TO BE FILED BY: OPPOSITION TO BE FILED BY: REPLY TO BE FILED BY: HEARING: | January 27, 2020 March 4, 2020 March 18, 2020 April 14, 2020 at 2:00 p.m. |
| PLAINTIFF'S CLASS CERTIFICATION MOTION | |
| MOTION TO BE FILED BY: OPPOSITION TO BE FILED BY: REPLY TO BE FILED BY: HEARING: | May 15, 2020 July 15, 2020 August 14, 2020 September 8, 2020 at 2:00 p.m. |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: January 15, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge