Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Ronald D. DeNicolo, Jr., et al.

Plaintiff(s),

v.

The Hertz Corporation, et al.

Defendant(s).

Case No: 4:19-cv-00210

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jacob D. Alderdice, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: The Hertz Corporation in the above-entitled action. My local co-counsel in this case is Brian P. Hauck, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Jenner & Block LLP, 919 Third Avenue, 37th Floor, New York, NY 10022 | Jenner & Block LLP, 633 West 5th Street, Suite 3600, Los Angeles, CA 90071 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (212) 891-1625 | (213) 239-5100 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| jalderdice@jenner.com | bhauck@jenner.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5349147.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/04/20

Jacob D. Alderdice
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jacob D. Alderdice is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE