# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD G. DENICOLO, JR., and MICHAEL G. FOX, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION and VIKING CLIENT SERVICES, INC., d/b/a VIKING BILLING SERVICE,<br><br>Defendants. | Case No. 4:19-cv-00210-YGR<br><br>**ORDER GRANTING MOTION TO SEVER AND DISMISS CLAIMS AGAINST HERTZ WITHOUT PREJUDICE TO RE-FILING IN A SEPARATE PROCEEDING**<br><br>Dkt. No. 132 |

Presently before the Court is Hertz's motion to sever. (Dkt. No. 132.) Hertz seeks to sever plaintiffs' claims against it in light of the pendency of its chapter 11 bankruptcy case in the U.S. Bankruptcy Court for the District of Delaware (No. 20-11218 (MFW)), and the filing of a Notice of Suggestion of Bankruptcy herein.

The motion to sever is unopposed by plaintiffs. (Dkt. No. 134.) Defendant Viking has filed no response to the motion. In light of the foregoing, and good cause having been shown, the Court **GRANTS** Hertz's motion pursuant to Federal Rule of Civil Procedure 21.

Plaintiffs' claims against Hertz are SEVERED and Hertz is hereby DISMISSED from the action herein. The severed claims may be filed in a separate, independent action. The Court agrees that any such new action bringing the severed claims should be related back to the undersigned pursuant to Local Rule 3-12 in the interest of judicial efficiency and given Court's familiarity with the claims.

**IT SO ORDERED.**

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

Dated: September 23, 2020