UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD G. DENICOLO, ET AL.,**<br><br>    Plaintiffs**,**<br><br>    vs.<br><br>**VIKING SERVICES.,**<br><br>    Defendants**.** | CASE NO. 19-cv-00210-YGR<br><br>**ORDER DIRECTING FURTHER BRIEFING RE: TEMPORAL SCOPE OF CALIFORNIA RESIDENT CLASS** |

The Court is informed that the Ninth Circuit has denied Viking's petition under Rule 23(f). (Dkt. No. 154.) Consistent with this Court's Order of April 29, 2021, the parties are directed to file a **joint brief** of no more than 14 pages (7 pages per side) addressing the temporal scope and relation back issues previously raised in their briefing on the temporal scope of the California Resident Class. In so doing, the parties need not repeat arguments previously submitted and should bear in mind that, at this stage, the Court is defining the scope of the class for purposes of notice and due process rather than making a final determination of the merits of any legal questions or defenses. The joint brief shall be filed no later than **July 9, 2021**. Hearing, if any, on the issue will be set by further notice.

IT IS SO ORDERED.

Dated: June 14, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE