UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD G. DENICOLO**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**THE HERTZ CORPORATION**, *et al.*,<br><br>Defendants. | Case No.  4:19-cv-00210-YGR<br><br>**ORDER CONCERNING MODIFIED CLASS DEFINITIONS AND CLASS LIST**<br><br>Dkt. No. 161 |

Plaintiffs Ronald G. DeNicolo, Jr. and Michael G. Fox filed a motion on September 2, 2021 regarding modifications to the definitions of the certified classes in this case and production of the class list by defendant Viking Client Services, Inc., d/b/a, Viking Billing Service ("Viking"). (Dkt. No. 161.)  The motion came on regularly for hearing and was heard by the Court on September 21, 2021 by videoconference.

Having carefully considered the briefing and arguments submitted in this matter, and for the reasons set forth in full detail on the record, the motion is **GRANTED IN PART** and **DENIED IN PART**. The Court **ORDERS** as follows:

1.      The class definitions are modified to: (i) exclude an errant exclusion as stipulated to by the parties; (ii) include the temporal scope of each certified class as previously ordered by the Court at Docket Numbers 153 and 157; and (iii) clarify that all classes include the clause "for the first time" to be consistent and to conform to the parties' understanding that each class is based upon the initial communication under the Fair Debt Collection Practices Act, 15 U.S.C. section 1692g.  The class definitions shall now be:

> **Illinois Resident Class**
> All Illinois residents who received, for the first time, a letter from Viking:
> (1) that asserted a claim of damage to a vehicle rented from Hertz, Dollar or
> Thrifty; (2) more than 30 days after the date of the purported damage; (3)

the vehicle was not rented by or in the name of a business; and (4) the initial letter from Viking was sent from January 11, 2018 through March 29, 2021.

**California Rental Class**
All individuals who rented a vehicle in California and who received, for the first time, a letter from Viking: (1) that asserted a claim of damage to a vehicle rented from Hertz, Dollar or Thrifty; (2) more than 30 days after the date of the purported damage; (3) the vehicle was not rented by or in the name of a business; and (4) the initial letter from Viking was sent from January 11, 2018 through March 29, 2021.

**California Resident Class**
All California residents who received, for the first time, a letter from Viking: (1) asserting a claim for purported damage to a vehicle rented from Hertz, Dollar or Thrifty; (2) the vehicle was not rented by or in the name of a business; and (3) that letter from Viking was sent from October 14, 2015 through March 29, 2021.

Excluded from all classes are: Viking; the officers, directors and employees of Viking; any entity in which Viking has a controlling interest; the affiliates, legal representatives, attorneys, heirs, and assigns of Viking; any judge, justice or judicial officer presiding over this matter and the members of their immediate families and judicial staffs.

2. No later than **October 12, 2021**, defendant Viking is **ORDERED** to produce to plaintiffs information regarding the individuals defined by the above class definitions. Specifically, defendant Viking is **ORDERED** to produce information for the following individuals:

   a. Illinois Resident Class
      i. Every individual with a mailing address in Illinois;
      ii. To whom Viking mailed a first letter on behalf of Hertz, Dollar, or Thrifty claiming damage to a rental vehicle;
      iii. The first letter sent by Viking to this individual was mailed 30 days or more after the purported damage occurred; and
      iv. The first letter sent by Viking to this individual was sent on or after January 11, 2018, up until (and including) March 29, 2021.

   b. California Rental Class
      i. Every individual who rented a vehicle in California;
      ii. To whom Viking mailed a first letter on behalf of Hertz, Dollar, or Thrifty

2

claiming damage to a rental vehicle;

    iii. The first letter sent by Viking to this individual was mailed 30 days or more after the purported damage occurred; and

    iv. The first letter sent by Viking to this individual was sent on or after January 11, 2018, up until (and including) March 29, 2021.

c. California Resident Class

    i. Every individual with a mailing address in California;

    ii. To whom Viking mailed a first letter on behalf of Hertz, Dollar, or Thrifty claiming damage to a rental vehicle; and

    iii. The first letter sent by Viking to this individual was sent on or after October 14, 2015, up until (and including) March 29, 2021.

3. For each of the individuals, defendant Viking is **ORDERED** to produce the following information:

a. Name;

b. Individual identifiers (i.e., Viking's account number and the case number provided by Hertz, Dollar, or Thrifty when the file was assigned to Viking for collection);

c. Mailing address(es) on file;

d. Email address(es), if available;

e. Rental State (i.e., the state in which the individual rented a vehicle);

f. The date the damage to the rental vehicle purportedly occurred;

g. The date the file was assigned by Hertz, Dollar, or Thrifty to Viking;

h. The non-itemized amount that Viking sought to collect;

i. The dates Viking mailed communications to each individual, identifying which communication (if any) included disclosures required by the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq*.

j. The amount(s) the Certified Class member paid to Viking, if any;

k. The date(s) the Certified Class member paid any amount(s) to Viking.

4. In addition to the information contained in item 3 above, defendant Viking is

3

**ORDERED** to contemporaneously produce a list of those individuals and businesses that defendant Viking has excluded from the class.

5. No later than **November 2, 2021**, plaintiffs are **ORDERED** to submit proposed notices and a notice plan to the Court.

6. Any objections to the proposed notices and notice plan must be submitted no later than **November 9, 2021**. The Court sets a hearing on the proposed notices and notice plan for **November 23, 2021** at **2:00 PM**.

This Order terminates Docket Number 161.

**IT IS SO ORDERED.**

Dated: September 21, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**